FILED
CLERK, U.S. DISTRICT COURT
FEB 18 2011
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Michael S. Elkind (State Bar No. 61038)
melkind@fulpat.com
Stephen J. Strauss (State Bar No. 110,030)
sstrauss@fulpat.com
David J. Pitman (State Bar No. 172,944)
melkind@fulpat.com
FULWIDER PATTON LLP
Howard Hughes Center
6060 Center Drive, Tenth Floor
Los Angeles, California 90045
Telephone: (310) 824-5555
Facsimile: (310) 824-9696

Attorneys for Plaintiff
June Bug Enterprises, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JUNE BUG ENTERPRISES, INC., a California corporation,

Plaintiff,

v.

ZAKARYAH, INC., a California corporation; JOHN BANAFSHEHA, an individual; and DOES 1-10, inclusive,

Defendants.

Case No. CV11-1506 MMM (PJWx)

**COMPLAINT FOR TRADEMARK INFRINGEMENT, VIOLATION OF 15 U.S.C. 1125(a), VIOLATION OF 15 U.S.C. 1125(c), MISAPPROPRIATION OF RIGHT OF PUBLICITY, AND UNFAIR COMPETITION**

**DEMAND FOR JURY TRIAL**

Plaintiff June Bug Enterprises, Inc., for its Complaint against Defendants Zakaryah, Inc. and John Banafsheha, alleges as follows:

**JURISDICTION**

1. This Court has jurisdiction of the subject matter of this action under 15 U.S.C. § 1121, 28 U.S.C. § 1331, and 28 U.S.C. § 1338(a), because this controversy arises under Chapter 22 of Title 15 of the United States Code and involves claims for infringement of a federally registered trademark and violations of 15 U.S.C. §§ 1125(a) and 1125(c). Subject matter jurisdiction is also vested in this Court by 28 U.S.C. § 1338(b), because the controversy involves claims under federal trademark laws, and for Plaintiff's Fourth and Fifth Claims, related claims of unfair competition. This Court also has subject matter jurisdiction over Plaintiff's Fourth and Fifth Claims under principles of supplemental jurisdiction, 28 U.S.C. § 1367.

**THE PARTIES**

2. Plaintiff June Bug Enterprises, Inc. ("Plaintiff" or "June Bug") is a corporation organized and existing under the laws of the State of California, having a principal office at 9100 Wilshire Boulevard, Suite 1000W, Beverly Hills, California 90212.

3. Plaintiff is informed and believes, and therefore alleges, that Defendant Zakaryah, Inc. ("Defendant" or "Zakaryah") is a corporation organized and existing under the laws of the State of California, having a principal office at 11800 West Olympic Boulevard, Los Angeles California 90064. Plaintiff is further informed and believes, and therefore alleges, that Zakaryah is doing business throughout the United States, including in California and in this judicial district, and promotes for sale and sells its products, including the infringing and violating products identified below, around the United States, including in California and this judicial district.

4. Plaintiff is informed and believes, and therefore alleges, that Defendant John Banafsheha ("Defendant" or "Mr. Banafsheha") resides in this judicial district, and is an owning and/or controlling individual of Zakaryah. Plaintiff is further

informed and believes, and therefore alleges, that Mr. Banafsheha deliberately and willfully participated in, controlled, contributed to, and directly or indirectly carried out, the wrongful acts of Defendants alleged in this Complaint.

5. The true names and capacities, whether individual, corporate, associate or otherwise of the defendants named herein as DOES 1 through 10, inclusive, are unknown to Plaintiff who therefore sues said defendants by such fictitious names. Plaintiff is informed and believes, and therefore alleges, that each of the defendants, including those designated as DOE, are responsible for the events alleged herein and the damages caused thereby as a principal, agent, co-conspirator or aider and abettor. Plaintiff will seek leave of this Court to amend this Complaint to allege the true names and capacities of such defendants if and when the same have been ascertained.

6. Plaintiff is informed and believes, and therefore alleges, that defendants, at all times relative to this action, were the agents, servants, partners, joint venturers and employees of each of the other defendants and, in doing the acts alleged herein, were acting with the knowledge and consent of each of the other defendants in this action.

7. Venue lies in this judicial district under 28 U.S.C. § 1391(b) and (c).

## UNDERLYING FACTS

8. Earvin "Magic" Johnson, Jr. ("Mr. Johnson") is universally recognized as one of professional basketball's greatest players. In his illustrious thirteen year professional National Basketball Association (NBA) career (1979 - 1991 and 1995-1996), Mr. Johnson led the Los Angeles Lakers to nine appearances in the NBA finals and to five NBA championships. During his thirteen year basketball career, Mr. Johnson was named NBA Most Valuable Player three times and was selected to the NBA's 50th Anniversary All-Time Team in 1996. Mr. Johnson has also been inducted into the NBA Hall of Fame. Copies of articles and listings referring to Mr. Johnson as "Magic Johnson" and describing Mr. Johnson's professional

basketball career are attached to this Complaint as Exhibit A.

9. It was as a teenager, playing high school basketball in Lansing, Michigan, that Mr. Johnson earned his now famous moniker "Magic" from Michigan sportswriter Fred Stabley, Jr. Since that time, Mr. Johnson has been affectionately known as Magic Johnson.

10. Plaintiff June Bug owns, by assignment from Mr. Johnson, the **MAGIC JOHNSON®, EARVIN "MAGIC" JOHNSON®, and MAGIC JOHNSON'S®** marks (the "EMJ marks"), as well as Mr. Johnson's name, likeness and publicity rights (all together, the "Johnson IP"), and has developed and used, and is engaged in the licensing of, the Johnson IP in connection with various goods and services. June Bug is the owner of a number of United States Trademark and Service Mark Registrations covering the EMJ marks for, among other goods and services, items of clothing, charitable fundraising activity services, entertainment and education activity services, medical activity services, restaurant activity services, and books in the fields of business, career counseling and life skills. Copies of a number of Certificates of Registration for the EMJ marks from the United States Patent and Trademark Office are attached as Exhibit B.

11. These United States Trademark and Service Registrations include, among others:

(a) United States Trademark Registration No. 3,290,429, issued on September 11, 2007, for the trademark **EARVIN "MAGIC" JOHNSON®**, for clothing, namely, men's business suits, tuxedos, blazers, dress pants, ties, dress shirts, belts, vests, cummerbunds; and dress shoes; and

(b) United States Trademark Registration No. 2,967,088, issued on July 12, 2005, for the trademark **EARVIN "MAGIC" JOHNSON®**, for clothing, namely t-shirts and jersey's.

12. As early as 1988, June Bug adopted and commenced use of the EMJ marks for items of men's clothing, including through licensees. As early as 2005,

this clothing included men's business suits, and accessory items for such suits. Since 2005, the authorized use of the EMJ marks in connection with men's business suits, and accessory items for such suits, and in the advertising, promotion, marketing, and sale of such goods, has been continuous, in interstate commerce, including California. As a result of these and the other above-described activities, and related activities, the EMJ marks have become associated in the minds of potential and actual purchasers of such goods, with June Bug and/or Mr. Johnson as the source, either directly or through authorization, of such goods bearing the EMJ marks.

13. June Bug, directly or through licensees, has expended substantial money, time and effort in advertising, marketing, and promoting the products and services sold under and in conjunction with the EMJ marks. In connection with this, June Bug, directly or through licensees, has expended substantial money, time and effort in advertising, marketing, and promoting business suits and accessories for such suits sold under or in connection with the EMJ marks.

14. June Bug is informed and believes, and therefore alleges, that during 2008, without the permission of June Bug, and with full knowledge of June Bug's prior established rights related to the EMJ marks, and to Mr. Johnson's name, likeness and publicity rights, Defendants adopted and commenced use of the trademarks and names, **EARVIN "MAGIC" JOHNSON®, MAGIC JOHNSON®,** one or more confusingly similar variations, and the initials **EMJ,** for and in connection with items of men's clothing, including business suits and accessories for such suits, and began promoting, offering for sale, selling and shipping such goods in interstate commerce, and in California, bearing and in connection with such trademarks and names, variations, and initials. Copies of photographs showing such a suit, and some of its labeling is attached to the Complaint as Exhibit C.

15. Defendants' use of the EMJ marks and related names, the confusingly similar variations, and the initials **EMJ,** for and in connection with items of men's

clothing, including men's business suits and accessories, is likely to cause the public to believe, contrary to fact, that Defendants' goods are manufactured by or for, emanate from, are authorized or licensed by, or were otherwise sponsored by or associated with June Bug and/or Mr. Johnson. Such use by Defendants is likely to cause confusion, or to cause mistake, or to deceive with respect to June Bug's EMJ marks, and with respect to June Bug and/or Mr. Johnson as to source, sponsorship or association.

16. The EMJ marks and the related names, and Mr. Johnson's name, likeness, and persona, were widely recognized by the general consuming public in the United States as designations of sources of goods or services long before Defendants' began use of the EMJ marks and related names, the confusingly similar variations, and the initials EMJ, and thus were famous marks and designations within the United States. Plaintiff is informed and believes, and therefore alleges that Defendants' began such use with full recognition of such fame and of activities and actions of Plaintiff and Mr. Johnson that have resulted in such fame.

**FIRST CLAIM**

(Infringement of Federally Registered Trademarks)

17. Plaintiff incorporates, by this reference, the allegations of Paragraphs 2-16 of this Complaint.

18. This Claim is for infringement of federally registered trademarks under 15 U.S.C. §§ 1114 and 1115.

19. By the above-described acts, Defendants have used in interstate commerce, without the consent of June Bug, the EMJ marks, including as counterfeit marks, and one or more confusingly similar variations, in connection with the sale, offering for sale, distribution, and advertising of goods on or in connection with which such use is likely to cause confusion, or to cause mistake, or to deceive. Such acts constitute trademark infringement under 15 U.S.C. §§ 1114(1) and 1115.

20. By the above-described acts, Defendants, without the consent of June Bug, have colorably imitated, counterfeited, reproduced and copied June Bug's registered trademarks and applied the results to labels, signs, prints, packages, wrappers, receptacles or advertisements intended to be used in interstate commerce upon or in connection with the sale, offering for sale, distribution, or advertising of goods on or in connection with which such use is likely to cause confusion, or to cause mistake, or to deceive. Such acts constitute trademark infringement under 15 U.S.C. §§ 1114(2) and 1115.

21. June Bug is informed and believes, and therefore alleges, that Defendants' acts of trademark infringement have been with knowledge of June Bug's trademark registrations and rights, and June Bug's prior uses, related to the EMJ trademarks. June Bug is further informed and believes, and therefore alleges, that Defendants' acts of infringement have been undertaken willfully, knowingly, intentionally, deliberately, and in willful and conscious disregard for June Bug's rights.

22. Defendants have profited, and are profiting, and June Bug has been, and is being, damaged by such trademark infringement, in amounts which cannot be determined without an accounting, and such damage will continue irreparably unless the acts of Defendants are enjoined by this Court.

## SECOND CLAIM

(Violation of 15 U.S.C. § 1125(a))

23. Plaintiff incorporates, by this reference, the allegations of Paragraphs 2-16 of this Complaint.

24. This claim is for false designation of origin, and false or misleading description or representation, under § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

25. Defendants' above-described unauthorized uses of the EMJ marks, one or more confusingly similar variations, the intitals **EMJ**, and other above-described acts, constitute false designations of origin, and false or misleading descriptions or

representations, and are likely to cause confusion, or to cause mistake, or to deceive the public as to the affiliation, connection or association of June Bug and/or Mr. Johnson with Defendants, or as to the origin, sponsorship, or approval of Defendants' goods by June Bug and/or Mr. Johnson. Such acts constitute a violation of § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

26. June Bug is informed and believes, and therefore alleges, that Defendants' acts in violation of 15 U.S.C. § 1125(a) have been with knowledge of June Bug's rights, and June Bug's prior uses, related to the EMJ marks. June Bug is further informed and believes that Defendants' acts in violation of U.S.C. § 1125(a) have been undertaken willfully, knowingly, intentionally and deliberately, and in willful and conscious disregard for June Bug's rights.

27. Defendants have profited, and are profiting, and June Bug has been, and is being, damaged by such violation of 15 U.S.C. § 1125(a), in amounts which cannot be determined without an accounting, and such damage will continue irreparably unless the acts of Defendants are enjoined by this Court.

## THIRD CLAIM

(Violation of 15 U.S.C. § 1125(c))

28. Plaintiff incorporates, by this reference, the allegations of Paragraphs 2-16 of this Complaint.

29. This claim is for trademark dilution under § 43(c) of the Lanham Act, 15 U.S.C. § 1125(c).

30. Defendants' above-described unauthorized uses of the EMJ marks, one or more confusingly similar variations, the intitals **EMJ**, and other above-described acts, constitute trademark dilution in violation of 15 U.S.C. § 1125 (c).

31. June Bug is informed and believes, and therefore alleges, that Defendants' acts in violation of 15 U.S.C. § 1125(c) have been with knowledge of June Bug's rights to which such acts pertains. June Bug is further informed and believes that Defendants' acts in violation of U.S.C. § 1125(c) have been undertaken

willfully, knowingly, intentionally and deliberately, and in willful and conscious disregard for June Bug's rights.

32. Defendants have profited, and are profiting, and June Bug has been, and is being, damaged by such violation of 15 U.S.C. § 1125(c), in amounts which cannot be determined without an accounting, and such damage will continue irreparably unless the acts of Defendants are enjoined by this Court.

**FOURTH CLAIM**

(Misappropriation of Right of Publicity – Cal.Civ.C. § 3444)

33. Plaintiff incorporates, by this reference, the allegations of Paragraphs 2-16 of this Complaint.

34. This claim is for misappropriation of the right of publicity under California Civil Code § 3444.

35. Defendants' above-described acts, and their consequences, constitute a misappropriation of June Bug's right of publicity in violation of Section 3444 of the California Civil Code, due to the knowing and unauthorized commercial use of Mr. Johnson's name, identity and persona, which have substantial commercial value..

36. June Bug is informed and believes, and therefore alleges, that Defendants' acts of misappropriation have been with knowledge of June Bug's rights, and June Bug's (including its predecessor's) prior uses, to which such acts of misappropriation pertain. June Bug is further informed and believes, and therefore alleges, that Defendants' acts of unfair competition have been undertaken willfully, knowingly, intentionally and deliberately, and in willful and conscious disregard for June Bug's rights.

37. June Bug is informed and believes, and therefore alleges, that Defendants' acts of misappropriation have been intentionally and knowingly done, with malice and fraudulently, for the purpose of oppressing and injuring June Bug, in conscious disregard for June Bug's rights.

38. Defendants' have profited, and are profiting, and June Bug has been, and is being, damaged by such misappropriation, in amounts which cannot be determined without an accounting, and such damage will continue irreparably unless the acts of Defendants are enjoined by this Court.

## FIFTH CLAIM

(Statutory and Common Law Unfair Competition)

39. Plaintiff incorporates, by this reference, the allegations of Paragraphs 2-16 of this Complaint.

40. This claim is for unfair competition under California statutory law and under common law.

41. Defendants' above-described acts, and their consequences, constitute unfair competition with Plaintiff June Bug under California statutory law, including California Business and Professions Code § 17200 et. seq., and under common law.

42. June Bug is informed and believes, and therefore alleges, that Defendants' acts of unfair competition have been with knowledge of June Bug's rights, and June Bug's (including its predecessor's) prior uses, to which such acts of unfair competition pertain. June Bug is further informed and believes, and therefore alleges, that Defendants' acts of unfair competition have been undertaken willfully, knowingly, intentionally and deliberately, and in willful and conscious disregard for June Bug's rights.

43. June Bug is informed and believes, and therefore alleges, that Defendants' acts of unfair competition have been intentionally and knowingly done, with malice and fraudulently, for the purpose of oppressing and injuring June Bug, in conscious disregard for June Bug's rights.

44. Defendants' have profited, and are profiting, and June Bug has been, and is being, damaged by such unfair competition, in amounts which cannot be determined without an accounting, and such damage will continue irreparably unless the acts of Defendants are enjoined by this Court.

WHEREFORE, Plaintiff prays for relief as follows:

1. That this Court enter judgment in favor of Plaintiff June Bug and against Defendants Zakaryah and Mr. Banafshea on each of Plaintiff's claims:

(a) That rights related to the marks and names **MAGIC JOHNSON®, EARVIN "MAGIC" JOHNSON®, and MAGIC JOHNSON'S®,** Plaintiff's federal registrations for such rights, and Mr. Johnson's publicity rights, including, without limitation, to his name, identity, and persona, are owned by Plaintiff, and are valid and enforceable.

(b) That Defendants have:

(1) infringed Plaintiff's exclusive rights in its federally registered trademarks, under 15 U.S.C. §§ 1114 and 1115;

(2) violated 15 U.S.C. § 1125(a);

(3) violated 15 U.S.C. § 1125(c);

(4) violated Plaintiff's exclusive publicity rights under Cal. Civ. Code § 3344;

(3) competed unfairly with Plaintiff under California statutory law and under common law;

(4) knowingly, willfully, deliberately and intentionally, and with knowledge of Plaintiff's prior federally registered trademark rights and rights under 15 U.S.C. § 1125(a) and § 1125(c), violated 15 U.S.C. §§ 1114, 1115 and 1125(a) and 1125(c), and with this deemed an exceptional case and a case of counterfeiting, become liable to Plaintiff for an enhanced recovery of Plaintiff's damages and of Defendants' wrongful profits, for such damages and profits trebled, and for Plaintiff's attorneys' fees under 15 U.S.C. § 1117; and

(5) maliciously, fraudulently, and for purposes of oppressing Plaintiff, violated Plaintiff's rights of publicity and unfairly competed with Plaintiff, thereby entitling Plaintiff to an award of punitive and exemplary damages, under state law.

2. That this Court issue preliminary and permanent injunctions restraining Defendants, their agents, employees, attorneys, officers, servants, and all persons in active concert or participation with any of them, from:

(a) using the mark and name **EARVIN "MAGIC" JOHNSON®** or **MAGIC JOHNSON®,** or the initials **EMJ,** for or in connection with items of men's clothing, including business suits and accessories for such suits, or any other goods or services, or using any other words, letters or designs that are confusingly similar to or in any way simulate such mark and name, or initials, on such specific goods or on other goods or services;

(b) any and all other acts that are likely to lead purchasers and prospective purchasers to believe that any product or service of Defendants is associated with the mark or name **EARVIN "MAGIC" JOHNSON®** or **MAGIC JOHNSON®,** or the initials **EMJ,** or originates with, is sponsored by, or approved by Plaintiff and/or Mr. Johnson;

(c) using Mr. Johnson's publicity rights (including, without limitation, name, photograph, image, likeness, identity, persona, voice, sound-alike voice or signature), without Plaintiff's express written permission in advance.

3. That this Court issue an Order directing Defendants to deliver up for impounding during the pendency of this action, and for destruction as part of a final judgment or decree, including the recall from all distributors, sales representatives, wholesalers, and retailers, all labels, signs, prints, packages, wrappers, receptacles, advertisements, and printed material bearing the mark or name **EARVIN "MAGIC" JOHNSON®** or **MAGIC JOHNSON®,** or the initials **EMJ,** or any

word, term, name, symbol, device, combination thereof, designation, description or representation, confusingly similar to or in any way simulating such mark and name or initials, or any aspect of Mr. Johnson's name, identity or persona.

4. That a determination be made of the damages that Plaintiff has suffered, and the profits that Defendants have made, by reason of Defendants' trademark infringement, violation of 15 U.S.C. § 1125(a), violation of 15 U.S.C. § 1125(c), violation of Mr. Johnson's publicity rights under Cal. Civ. Code § 3444, and unfair competition.

5. That Defendants pay over to Plaintiff, all damages sustained by Plaintiff as a consequence of such trademark infringement, violation of 15 U.S.C. § 1125(a), violation of 15 U.S.C. § 1125(c), violation of Mr. Johnson's publicity rights under Cal. Civ. Code § 3444, and unfair competition, and further pay over to Plaintiff all of Defendants' profits derived by reason of such trademark infringement, violation of 15 U.S.C. § 1125(a), violation of 15 U.S.C. § 1125(c), violation of Mr. Johnson's publicity rights under Cal. Civ. Code § 3444, and unfair competition.

6. That the recovery of damages for trademark infringement, violation of 15 U.S.C. § 1125(a), and violation of 15 U.S.C. § 1125(c), be enhanced and trebled, and the recovery of Defendants' profits for such infringement and violations be enhanced and trebled, and Plaintiff be awarded its attorneys' fees, under federal law, and specifically, 15 U.S.C. § 1117.

7. That Defendants be required to pay Plaintiff punitive and exemplary damages under state law, as a consequence of Defendants' oppressive, malicious and fraudulent acts in violation of Cal. Civ. Code § 3444, and of unfair competition, and Plaintiff be awarded its attorneys' fees under Cal. Civ. Code § 3444.

/ /

/ /

/ /

8. That Defendants be required to pay Plaintiff's costs of this action and Plaintiff's attorneys' fees incurred in connection with this action.

9. That Plaintiff have such other, further and different relief as this Court deems just and proper.

DATED: February 18, 2011

FULWIDER PATTON LLP

By: [signature]

Michael S. Elkind
Stephen J. Strauss
David J. Pitman
Attorneys for Plaintiff
June Bug Enterprises, Inc.

## DEMAND FOR JURY TRIAL

Plaintiff June Bug Enterprises, Inc. hereby reiterates its demand for trial by Jury.

DATED: February 18, 2011

FULWIDER PATTON LLP

By: [signature]

Michael S. Elkind
Stephen J. Strauss
David J. Pitman
Attorneys for Plaintiff
June Bug Enterprises, Inc.

# EXHIBIT A

# The New Encyclopædia Britannica

Volume 6

MICROPÆDIA

Ready Reference

FOUNDED 1768
15TH EDITION

Encyclopædia Britannica, Inc.
Jacob E. Safra, Chairman of the Board
Ilan Yeshua, Chief Executive Officer

Chicago
London/New Delhi/Paris/Seoul
Sydney/Taipei/Tokyo

EXHIBIT A

he created a remarkably disciplined group of Senate Democrats. As majority leader (1955–61), he stressed consensus, and his skilled leadership was largely responsible for passage of the civil-rights bills of 1957 and 1960—the first in the 20th century.

By 1960 Johnson's prodigious political talents had made him something of a legend in national politics, and many were surprised when he accepted Kennedy's invitation to join the national Democratic ticket as a vice presidential candidate. However, he campaigned energetically, and many observers felt that his presence on the ticket was essential to the Democratic victory.

It was during a political tour of Johnson's home state of Texas in November 1963 that President Kennedy was assassinated, thrusting Johnson into the most difficult role of his long political career. In the tempestuous days after the death of Kennedy, Johnson helped to calm national hysteria and ensure continuity in the presidency. In his first few months in office the new president succeeded in getting Congress to pass highly important legislation—previously stalled—concerning civil rights, tax reduction, an antipoverty program, and conservation.

In November 1964 Johnson won reelection with an unprecedented popular majority of more than 15,000,000 votes, which he interpreted as an extraordinary mandate to pursue his domestic reform program aimed at creating what he called the "Great Society." Altogether, he succeeded in pushing through the most impressive mass of social legislation since the New Deal of the 1930s. Among these measures were the Civil Rights Act of 1964, which attacked racial segregation in public accommodations and schools and racial discrimination in employment; the Voting Rights Act of 1965, which outlawed the literacy tests used to prevent blacks from voting; and the Medicare bill of 1965, which provided a system of health insurance for the elderly under the Social Security program. Johnson undertook other important initiatives in education, housing and urban development, transportation, environmental conservation, and immigration. But the effect of these accomplishments was vitiated by increasing U.S. military involvement in the war in Indochina, which had begun under the previous administration.

Despite specific campaign pledges not to extend hostilities, the president and his advisers—fearful that South Vietnam would fall before communist aggression—steadily increased U.S. intervention until 500,000 American troops were in Indochina by 1967. As each new escalation met with fresh enemy response, and, as no end to the combat appeared in sight, the president's public support diminished markedly. His gravest criticism came from the "doves," those who favoured an early negotiated settlement of the war. Strident student opposition to both the war and the draft system spread to include liberals, intellectuals, and civil-rights leaders, while the administration's budget—once geared to the abolition of poverty and racial injustice—buckled under the strain of wartime spending.

On March 31, 1968, after three of the most turbulent years in U.S. political history, Johnson startled television viewers with a national address that included three announcements: that he had just ordered major reductions in the bombing of North Vietnam, that he was requesting peace talks, and that he would neither seek nor accept his party's renomination to the presidency.

In January 1969 he returned home to operate his ranch near Johnson City, Texas, and to write his version of the presidential years, *The Vantage Point* (1971). Less than one week before the signing of an agreement to end the war in Vietnam, Johnson suffered a heart attack at his home and died.

BIBLIOGRAPHY. Robert A. Caro, *The Years of Lyndon Johnson* (1982– ); Paul K. Conkin, *Big Daddy From Pedernales* (1986); and Robert Dallek, *Lone Star Rising: Lyndon Johnson and His Times, 1908–1960* (1991), are biographies. Robert A. Divine (ed.), *The Johnson Years*, 2 vol. (1987), collects scholarly essays on his presidency.

**Johnson, Magic,** byname of EARVIN JOHNSON, JR. (b. Aug. 14, 1959, Lansing, Mich., U.S.), American basketball player who led the National Basketball Association (NBA) Los Angeles Lakers to five championships.

The son of an auto worker, Johnson earned his nickname "Magic" for his creative and entertaining ball handling. He was an intense competitor who won everywhere he played. He led his high school team to a state championship in 1977, Michigan State University to the National Collegiate Athletic Association championship in 1979, and the U.S. team to a basketball gold medal at the 1992 Olympics in Barcelona, Spain.

Johnson achieved his greatest success in the professional ranks, guiding the Lakers to NBA championships in 1980, 1982, 1985, 1987, and 1988. He was named the NBA's Most Valuable Player in 1987, 1989, and 1990. He played point guard and brought new versatility to that position. At 6 feet 9 inches (2.06 m), he was a dangerous inside scorer and a capable rebounder. However, he was best known for innovative no-look and bounce passes and expert floor leadership. At the time of his initial retirement due to HIV infection in 1991, Johnson was the NBA's all-time leader in assists (9,921).

**Johnson, Pauline,** in full EMILY PAULINE JOHNSON (b. March 10, 1862, Six Nation Indian Reserve, Brant county, Upper Canada [now in Ontario]—d. March 7, 1913, Vancouver, B.C.), Canadian Indian poet who celebrated the heritage of her people in poems that had immense appeal in her lifetime.

The daughter of a Mohawk chief and an English mother, Johnson began publishing poetry in her teens. Using her Indian name, "Tekahionwake," she toured Canada, England, and the United States, giving poetry recitals in a buckskin dress. Later she settled in Vancouver, where she wrote prose tales based on romanticized Indian life and legend: *Legends of Vancouver* (1911), *The Shagganappi* (1913), and *The Moccasin Maker* (1913). Her verse was collected as *Flint and Feather* (1912). Her poem "The Song My Paddle Sings" is familiar to all Canadian schoolchildren.

**Johnson, Philip C.,** in full PHILIP CORTELYOU JOHNSON (b. July 8, 1906, Cleveland, Ohio, U.S.), American architect and critic known for both his promotion of the International Style and, later, for his role in defining postmodernist architecture.

Johnson majored in philosophy at Harvard University, graduating in 1927. In 1932 he was named director of the Department of Architecture of the Museum of Modern Art (MOMA) in New York. With Henry-Russell Hitchcock he wrote *The International Style: Architecture Since 1922* (1932), which provided a description of (and also a label for) post-World War I modern architecture.

In 1940 Johnson returned to Harvard, where he studied architecture with Marcel Breuer. His real mentor, however, was Mies van der Rohe, with whom he worked on the widely praised Seagram Building, New York City (1958). After World War II Johnson returned to MOMA as director of the architecture department from 1946 to 1954. His influential monograph *Mies van der Rohe* was published in 1947 (rev. ed., 1953).

Johnson's reputation was enlarged by the design of his own "Glass House," at New Canaan, Conn. (1949). The house, which



"Glass House," New Canaan, Conn., by Johnson, 1949
© Bill Maris/Esto

is notable for its severely simple structure and its use of large gla walls, owed much to the precise, aesthetic of Mies but also alluded of 18th- and 19th-century architec ance between Miesian influence cal allusion shifted in the 1950s with the Temple Kneses Tifereth Chester, N.Y. (1954–55), Johnson use of curvilinear (particularly and historical quotation, a patter in the art gallery at Dumbarton ( ington, D.C. (1962–64), and the a multibuilding group in Minnea (1974). Johnson's style took a fir the New York City American Te Telegraph headquarters (1982). D a top resembling a Chippendale building was considered by cri landmark in the history of postm tecture. Johnson's partner in thes was the architect John Henry Bur

**Johnson, Rafer,** in full RAFER SON (b. Aug. 18, 1935, Hillsboro, American athlete who won a g the decathlon at the 1960 Olym Rome.

Johnson competed in his first 1954 as a sophomore at the Uni ifornia, Los Angeles, and in 195 gold medal at the Pan-America juries prevented him from win Olympic decathlon in Melbour but he set a world record in 1958



Rafer Johnson, putting the shot in t Olympic decathlon, 1960
AP/Wide World Photos

closest decathlon in Olympic son scored 8,392 points, win points over his nearest com Olympiad Johnson became t carry the U.S. flag in the Oly He received the James E. Su Award as the outstanding an 1960 and retired from sports He became a sports comme an executive with the Contin

# THE CAMBRIDGE BIOGRAPHICAL ENCYCLOPEDIA

DAVID CRYSTAL

155-9673

CAMBRIDGE
UNIVERSITY PRESS

causes, and produced a number of novels, especially the *Krilon* series (1941-3), castigating totalitarianism. The same humanitarian values are evident in his later historical novels, particularly *Strändernas Svall* (1946, trans Return to Ithaca), and *Hans Nådes Tid* (1960, trans The Days of his Grace). He shared the 1974 Nobel Prize for Literature with his fellow Swede, Harry Martinson. >> Martinson

**Johnson, Hewlett**, nickname **the Red Dean** (1874-1966) Clergyman, born in Macclesfield, Cheshire. He studied at the universities of Manchester and Oxford, became an engineering apprentice, and did welfare work in the Manchester slums. He joined the Independent Labour Party, entered the Church, and was ordained in 1905. He became dean of Manchester (1924) and dean of Canterbury (1931-63). In 1938 he visited Russia, and became an untiring champion of the Communist state and Marxist policies, which involved him in continuous and vigorous controversy in Britain. He received the Stalin Peace Prize in 1951. His publications include *Christians and Communism* (1956) and the autobiographical *Searching for Light* (1968).

**Johnson, Howard (Deering)** (1896-1972) Business executive, born in Boston, MA. Uneducated beyond elementary school, he developed 28 flavours of ice-cream for his Wollaston, MA, drugstore soda fountain, and by 1929 was franchising his name and products. He won exclusive catering rights on thousands of miles of East Coast highways, and built the country's largest private food distribution corporation before retiring in 1959.

**Johnson, J J**, popular name of **James Louis Johnson** (1924- ) Jazz trombonist and composer, born in Indianapolis, IN. He took up the trombone at 14 after studying the piano. While working professionally in New York City in the 1940s, he was inspired by the bebop movement; his recordings of the period with Charlie Parker and others show him to be the first slide trombonist to answer the demands of the style for speed, articulation, and harmonic sophistication. From the 1960s he worked largely as a composer for films and television, but his playing continues to influence modern jazz trombonists. >> Parker, Charlie; C1132

**Johnson, Jack**, popular name of **John Arthur Jackson**, also called **Li'l Arthur** (1878-1946) Boxer, the first African-American world champion (1908-15), born in Galveston, TX. He defeated the Canadian Tommy Burns at Sydney in 1908. His win provoked violent racial prejudice, and a 'Great White Hope' was sought to defeat him – the former champion James J Jeffries – whom he knocked out in the 15th round in a fight in 1910. He lost his title in 1915 to Jess Willard. His relationship with one of the two white women he married led to a conviction under the Mann Act for transporting a white woman across state lines for immoral purposes, and he was a fugitive in Europe for seven years. He died in a car accident, and his life became the subject of a Broadway play, *The Great White Hope* (1968). >> Jeffries, James J; RR1273

**Johnson, James P(rice)** (1894-1955) Jazz pianist and composer, born in New Brunswick, NJ. He was given rudimentary piano instruction by his mother, and while still at school played ragtime with other performers. In 1912 he began a series of piano-playing jobs in cabarets, movie-houses, and dance-halls, eventually becoming the most accomplished player in the post-ragtime 'stride' style. A prolific performer in the 1920s and during the traditional jazz revival of the 1940s, he wrote more than 200 songs (including 'The Charleston') as well as several stage shows, and was a strong influence on such later pianists as Fats Waller and Art Tatum. >> Tatum, Art; Waller; C1132

**Johnson, James Weldon** (1871-1938) Writer and diplomat, born in Jacksonville, FL. He practised at the bar [illegible] (1897-1901), and in 1906 was US consul at Puerto Cabe[llo], Venezuela, and at Corinto, Nicaragua (1909-12). He [was] secretary of the National Association for the Advanceme[nt] of Colored People (1916-30), and from 1930 was profe[ssor] of creative literature at Fisk University. He wrote ext[en]sively on African-American problems, and compiled [co]llections of African-American poetry.

**Johnson, Lyndon B(aines)**, also known as **LBJ** (1908- US statesman and 36th president (1963-9), born Stonewall, TX. He studied at Southwest Texas St[ate] Teachers College, and became a teacher and congre[ss]man's secretary before being elected a Democrat represe[n]tative in 1937. He became a senator in 1948, and [an] effective leader of the Democratic majority. Vice-preside[nt] under Kennedy in 1960, he was made president af[ter] Kennedy's assassination, and was returned to the post [in] 1964 with a huge majority. His administration passed t[he] Civil Rights Act (1964) and the Voting Rights Act (196[5]) which helped the position of African-Americans in US [so]ciety. However, the escalation of the war in Vietnam led [to] active protest and growing unpopularity, and after 19[68] he retired from active politics. >> McCarthy, Eugene C1098; C1100; RR1225

**Johnson, Magic**, popular name of **Earvin Johnson** (1959- Basketball player, born in Lansing, MI. Named the Natio[nal] Basketball Association's Most Valuable Player in 1979, [he] was a member of NBA championship teams in 1980, 19[82], 1985, 1987, and 1988. With the Los Angeles Lakers fr[om] 1979, he retired in 1991. His autobiography was called, si[m]ply, *Magic* (1983). In 1992 his book *What You Can Do To Av[oid] AIDS* generated controversy when two of the largest retailers refused to carry it. >> RR1271

**Johnson, Martin W(iggo)** (1893-1984) Oceanograph[er], born in Chandler, SD. He was an associate of the Univers[ity] of Washington (1933-4) before joining the Scri[pps] Institution of Oceanography (1934-61). He made ma[jor] contributions to biological and military science by inve[sti]gating invertebrate-produced underwater sounds [and] acoustic signal reflections.

**Johnson, Pamela Hansford** (1912-81) Writer, born London. Best known for her portrayal of her native p[ost]war London, her books include *An Avenue of Stone* (19[47]), *The Unspeakable Skipton* (1958), *A Bonfire* (1981), and sev[eral] works of nonfiction, such as her study of the Moors m[ur]ders, *On Iniquity* (1967). In 1950 she married the novelist Snow. >> Snow, C P

**Johnson, Pete** >> **C1132**

**Johnson, Philip C(ortelyou)** (1906- ) Architect and [the]orist, born in Cleveland, OH. A graduate of Harvard, he [...] studied under Marcel Breuer, and became a proponen[t of] the International Style. He designed his own home, [the] Glass House, New Canaan, CT (1949-50), on principle[s of] space unification derived from Ludwig Mies van der Ro[he], with whom he designed the Seagram Building skyscra[per], New York City (1945). Further works include the Am[on] Carter Museum of Western Art, TX (1961), the New Y[ork] State Theater, Lincoln Center (1964), and the Ameri[can] Telephone and Telegraph Company building in New Y[ork] City (1978-84). >> Breuer; Mies van der Rohe

**Johnson, Richard M(entor)** (1780-1850) Vice-presid[ent] of the USA (1837-41), born near Louisville, KY. He beca[me a] lawyer, and was elected a member of the US Hous[e of] Representatives (1807-19, 1829-37), the intervening y[ears] being spent in the US Senate. He became Democratic [vice-]president to Martin Van Buren after the elections had thrown up a majority in the electoral college for any candidate. >> Van Buren; C1098

**Johnson, Robert U** >> **Muir, John**

**Johnson, Samuel,** known as **Dr Johnson** (1709–84) Lexicographer, critic, and poet, born in Lichfield, Staffordshire. The son of a bookseller, he studied at Lichfield and Oxford, but left before taking a degree, and became a teacher. In 1737 he went to London, and worked as a journalist. From 1747 he worked for eight years on his *Dictionary of the English Language*, started the moralistic periodical, *The Rambler* (1750), and wrote his prose tale of Abyssinia, *Rasselas* (1759). In 1762 he was given a crown pension, which enabled him to figure as arbiter of letters and social personality, notably in the Literary Club, of which he was a founder member (1764). In 1765 he produced his edition of Shakespeare, from 1772 engaged in political pamphleteering, in 1773 went with Boswell on a tour of Scotland, and later wrote *Lives of the Poets* (1779–81). His reputation as a man and conversationalist outweighs his literary reputation, and for the picture of Johnson in society we are indebted above all to Boswell. >> Boswell; Piozzi

**Johnson, Uwe** (1934–84) Writer, born in Pomerania (now part of Poland). He studied at Rostock and Leipzig, and left East for West Germany after completing his first novel, *Mutmassungen über Jakob* (Speculations about Jakob) in 1959. His second and third novels, *Das dritte Buch über Achim* (1961, The Third Book about Achim), and *Zwei Ansichten* (1965, Two Views), develop the theme of the relation between the two Germanies. He later moved to university posts in the USA, and then to England, but published no fiction after 1965.



Magic Johnson leaps above Leo Rautins of Canada to score at the Basketball Tournament of the Americas (29 Jun 1992).

**Johnson, Virginia E >> Masters, William H**

**Johnson, Walter (Perry),** nickname **the Big Train** (1887–1946) Baseball pitcher, born in Humboldt, KN. During his 21-year career with the Washington Senators (1907–27) he won 416 games, the second highest in major league history, and pitched 110 shutouts, a major league record. One of the fastest throwers in the game's history, the right-hander led the league in strikeouts 12 times. He was elected to baseball's Hall of Fame in 1936.

**Johnson, Sir William** (1715–74) Merchant and colonial administrator, born in Co Meath, Ireland. In 1737 he emigrated to America, and became a fur trader in the Mohawk Valley. By his fairness he acquired great influence with the Indians, married two Indian women, and in the Anglo-French Wars often led the Six Iroquois Nations against the French, notably at Lake George, NY (1755). He was appointed superintendent of Northern Indian Affairs (1756–64). In 1759 he captured Fort Niagara, and in 1760 took part in Amherst's victory against Montreal. >> Amherst, Jeffrey

**Johnson, William Eugene,** nickname **Pussyfoot** (1862–1945) Reformer and temperance propagandist, born in Coventry, NY. He became a journalist, and later a special officer in the US Indian Service (1908–11), where he received his nickname from his methods of raiding gambling saloons in Indian Territory. He was prominent during the prohibitionist movement in the USA, and lectured for the cause all over Europe. In 1919 he lost an eye when he was struck and dragged from a lecture platform in London by medical students.

**Johnson, William H** (1901–70) Painter, born in Florence, SC. He went to Harlem at age 17, and for five years studied painting at the National Academy of Design. He then lived mainly in Denmark (he had married a Danish weaver and potter, **Holcha Krake**, in 1930) and Norway, returning to New York City in 1938. In 1943 they lost everything in a fire, then his wife died, and by 1947 he was placed in a mental institution. Virtually all his surviving output (some 800 paintings and watercolours and 400 drawings and prints) was given to the National Museum of American Art in 1967. It is becoming recognized for its original fusion of such disparate influences as van Gogh and African sculpture, Constructivism and African textiles.

**Johnston, Albert Sidney** (1803–62) Confederate general, born in Washington, KY. A trained at West Point, joined the Army of Texas, became its head, and in 1838 was appointed secretary of Texas. He served in the Mexican War, and commanded in Utah and on the Pacific (1857–9). In 1861 he resigned to fight for the Confederacy in the Civil War. Appointed to the command of Kentucky and Tennessee, he fortified Bowling Green, retreated to Corinth, and attacked Grant at Shiloh (1862). The Union army was surprised, and the advantage lay with the Confederates until he was mortally wounded. >> Grant, Ulysses S; C1096

**Johnston, Brian (Alexander)** (1912–94) British broadcaster and commentator. He studied at Oxford, and worked in the family coffee business (1934–9), before joining the BBC in 1945. He specialized in cricket commentary on radio and TV, and became a respected commentator on state occasions, such as the royal weddings. He also presented the touring programme *Down Your Way* (1972–87). He has written many light-hearted books about cricket, including *It's a Funny Game...* (1978).

# CHAMBERS

# BIOGRAPHICAL DICTIONARY

*Editor*
Melanie Parry

CHAMBERS

inspired by the bebop movement; his recordings of the period with Charlie Parker and others show him to be the first slide trombonist to answer the demands of the style for speed, articulation and harmonic sophistication. From the 1960s he worked largely as a composer for films and television, but his playing continues to influence modern jazz trombonists.

**Johnson, James P(rice)** 1894–1955
*US pianist and composer*

Born in New Brunswick, New Jersey, he was given rudimentary piano instruction by his mother. The family moved to New York in 1908 and, while still at school, Johnson participated in informal after-hours sessions with other pianists, mainly ragtime performers. In 1912 he began a series of piano-playing jobs in movie-houses, cabarets and dance-halls, gradually becoming the most accomplished player in the post-ragtime 'stride' style. A prolific performer in the 1920s and during the traditional jazz revival of the 1940s, he wrote more than 200 songs (including 'The Charleston') as well as several stage shows, and was a strong influence on such later pianists as Fats Waller and Art Tatum.

**Johnson, James Weldon** 1871–1938
*US writer*

Born in Jacksonville, Florida, he practised at the Bar there (1897–1901), and later served as US consul at Puerto Cabello, Venezuela (from 1906), and at Corinto, Nicaragua (1909–12). He was secretary of the National Association for the Advancement of Colored People (1916–30), and from 1930 he was Professor of Creative Literature at Fisk University. His numerous works include his novel *The Autobiography of an Ex-Coloured Man* (1912) and his collection of free-verse folk sermons, *God's Trombones* (1927). He also wrote and edited books on African-American history and culture. 🕮 E D Levy, *James Weldon Johnson: Black Leader, Black Voice* (1973)

**Johnson, Linton Kwesi** 1952–
*Jamaican reggae poet and performer*

He has lived in Great Britain since the age of nine, and studied sociology at London University. His verdict on British culture was most succinctly expressed in the title of a 1980 book and recording, *Inglan is a Bitch*. He writes powerful, committed verse which follows the cadences of Caribbean speech and the rhythmic values of reggae and dub. He wrote *Voices of the Living and the Dead* (1974) and became part of a revived poetry/performance movement in Britain, adopted by the Anti-Nazi League in its crusade against British racism. His most powerful work is the sombre rumble of *Dread Beat an' Blood* (1975), which is almost as effective on the page as it is on the record that followed.

**Johnson, Lionel Pigot** 1867–1902
*English poet and critic*

Born in Broadstairs, Kent, he was brought up in Wales, and educated at Winchester and New College, Oxford. After graduating, he moved to London, and made a living in literary journalism. He converted to Roman Catholicism in 1891 and fell under the spell of the Celtic Twilight, as *Poems* (1895) and *Ireland and Other Poems* (1897) testify. His most famous and frequently anthologized poem, however, is *By the Statue of King Charles at Charing Cross*. He was a member of the Rhymers' Club, and a friend of Oscar Wilde and W B Yeats, and as an influential critic he did much to promote an appreciation of Thomas Hardy. 🕮 A W Patrick, *Lionel Johnson: poète et critique* (1939)

**Johnson, Lyndon B(aines)** *known as* L B J
1908–73
*36th President of the USA*

Born near Stonewall, Texas, into a Baptist family which was involved in state politics, he worked his way through college to become a high school teacher, then a congressman's secretary before being elected a strong 'New Deal' Democrat representative in 1937. He joined the US navy immediately after Pearl Harbor, and was decorated. He was elected senator in 1948 and became Vice-President under John F Kennedy in 1960, having earlier contested the party's nomination. A professional politician, he had been majority leader in the Senate since 1955. After Kennedy's assassination in Dallas, Texas, in 1963, he became President and was returned as President in the 1964 election with a huge majority. Under his administration the Civil Rights Act (1964), introduced by Kennedy the previous year, and the Voting Rights Act (1965) were passed, making effective, if limited, improvements to the position of blacks in the USA. He also introduced, under the slogan the 'Great Society', a series of important economic and social welfare reforms, including a Medicare programme for the aged and measures to improve education. However, the ever-increasing escalation of the war in Vietnam led to active protest and growing personal unpopularity for Johnson, and in 1968 he announced his decision to retire from active politics. 🕮 Paul K Conkin, *Big Daddy From Pedernales* (1986)

**Johnson, Magic,** *real name* Earvin Johnson 1959–
*US basketball player*

Born in Lansing, Michigan, he began his career in college basketball at Michigan State University, then played with the Los Angeles Lakers (1979–91, 1996) and was a member of the gold medal-winning US Olympic basketball team ('Dream Team') in 1992. He was a member of National Basketball Association (NBA) All-Star team (1980, 1982–92), and was named Most Valuable All-Star Player in 1990 and 1992. During his years with the Lakers the team won five NBA championships (1980, 1982, 1985, 1987–88). He retired in 1992 after revealing that he had been diagnosed HIV positive, and had a brief comeback the following year. He coached the Lakers briefly in 1993–94. In 1996 he again played for the team, returning as a forward rather than, as previously, guard. His publications include *Magic* (1983) and *What You Can Do to Avoid AIDS* (1992).

**Johnson, Michael** 1967–
*US track athlete*

Born in Dallas, he attended Baylor University in Waco, Texas. He won world championship races in the 200 metres in 1991 and 1995 and in the 400 metres in 1993 and 1995. After missing the 1992 Olympics in Barcelona because of food poisoning, he competed at the 1996 Olympics in Atlanta, tempting fate by wearing gold running shoes but nevertheless winning gold medals in both the 200-metre and 400-metre events, the first man ever to do so. At the same time he set a new world record in the 200 metres, breaking the world record he himself set at the Olympic trials.

**Johnson, Pamela Hansford** See **Hansford Johnson, Pamela**

**Johnson, Philip Cortelyou** 1906–
*US architect and theorist*

Born in Cleveland, Ohio, he graduated from Harvard in 1927. He came late to architecture after working as critic, author and as director of the department of architecture at the Museum of Modern Art, New York (1930–36, 1946–54). He became renowned for his publication *The International Style* (1932, with Henry-Russell Hitchcock), which coined the popular term and helped promote architecture in the USA. From 1940 to 1943 he studied architecture at Harvard under Walter Gropius and Marcel Breuer. He designed his own home, the Glass House, New Canaan, Connecticut (1949–50), on principles of

# CURRENT BIOGRAPHY YEARBOOK

## 1982

EDITOR
*Charles Moritz*

ASSOCIATE EDITORS
*Evelyn Lohr*
*Henry Sloan*
*Kieran Dugan*
*Judith Graham*

ASSISTANT EDITOR
*Edward Tallman*

THE H. W. WILSON COMPANY
NEW YORK

instrumentals by Jennings and the Waylors and one track by Willie Nelson, was released as *Mackintosh & D.J.* in 1976. Within the same year *Waylon "Live"* was issued, and the following year there was a Waylon release, *Ol' Waylon* as well as a "Waylie" LP, *Waylon and Willie*.

"Good Ol' Boys," the theme song for *The Dukes of Hazzard*, the television comedy drama series that premiered on the CBS network in 1979, was written by, and is sung by, Jennings. When Jennings made a fundraising appearance for President Jimmy Carter's reelection campaign in 1980, Richard Harrington observed in the Washington *Post* (April 25, 1980): "As a country singer, Jennings has few equals, particularly since he is so deeply rooted in the gritty toughness of classic rock vocals [and straddles] the nuances of ballads and broadsides with equal ease." In the spring of 1982 RCA issued the Jennings album *Black on Black*, which included his cover of Rodney Crowell's "Song for the Life."

Waylon Jennings, a tall, rangy man, makes his home about twenty miles from Nashville in Old Hickory, Tennessee, where he lives with his fourth wife, country singer Jessi Colter, with whom he often records, and their son, Waylon Albright Jennings, called "Shooter," who was born in 1979. They are close to Jessi Colter's daughter Jennifer, from her previous marriage, to the musician Duane Eddy, and to Waylon's three children from his previous marriages.

Despite the popularity of his music and the "star" status that makes Nashville fans seek the souvenir dollar bills with his photo on them, Jennings is known as an avoider of the public scene, rarely granting interviews and uncomfortable in large social situations. Diagnosed a diabetic in 1981, he now watches his diet, but he still smokes heavily. A follower of prize fighting, he claims Muhammed Ali as one of his heroes, but his music, his friends, and his family are generally his main interest outside of his music. In that music he remains the independent, the outsider if not the outlaw, keeping to his own vision of what it should be.

*References: After Dark 5:50+ Mr 31 '73 pors; Country Music p22+ Ap '81 pors; Cue 44:4+ F 24 '75 pors; N Y Daily News p16 My 31 '81 por; New Times 10:63+ F 20 '78 por; Newsday II p19 Ja 22 '78 pors; Penthouse p108+ S '81 por; Allen, Bob. Waylon and Willie (1979); Shestack, Melvin. Country Music Encyclopedia (1974); Who's Who in America, 1980-81*

---



## Johnson, Earvin

*Aug. 14, 1959- Basketball player. Address: b. Los Angeles Lakers, P.O. Box 10, Inglewood, Calif. 90306*

In June 1981 the Los Angeles Lakers of the National Basketball Association signed their six-foot-nine All-Star point guard and floor leader Earvin ("Magic") Johnson to the most lucrative and longest-running contract in the annals of sport, a $25,000,000, twenty-five year agreement. The contract was actually an extension and enhancement of the pact Johnson signed when he joined the Lakers in 1979, after two years at Michigan State University, where as a sophomore he had led the Spartans to the National Collegiate Athletic Association championship. With his irrepressible ebullience and exciting style, Johnson sparked center Kareem Abdul-Jabbar and the Lakers to a world title in his first year in Los Angeles, when, by virtue of his bravura performance, he became the first rookie in the NBA to be voted the Most Valuable Player in the championship finals. He was again named MVP in the playoffs two years later, when the Lakers retrieved the championship.

Recalling that in his college clutch shooting, where a basket had to be made, Johnson succeeded about 65 percent of the time, Michigan State coach Jud Heathcote has said, "When he has to score or wants to score, he can kind of will the ball into the basket." Actually, Johnson, a tenacious rebounder, is perhaps even better at no-look passing than he is at scoring, because of his seeming ability to invent fast-break opportunities where none are apparent, to find and suddenly hit open teammates. "On the court, he's the magic man, the candy man," Coach Paul Westhead of the Lakers has observed. "He throws the ball behind his back, waves to the girls, has fun.

But he's also a thug, banging into the boards, knocking people over. Maybe that's why he's Magic. Beacuse now you see him, now you don't."

Earvin Johnson Jr. was born in Lansing, Michigan on August 14, 1959, the sixth of ten children of Earvin Johnson Sr., a General Motors auto body plant worker, and Christine Johnson, a school cafeteria supervisor. Both parents had migrated from the South. According to Johnson, he gets his dazzling smile and sunny disposition from his mother and his toughness from his father. Introduced to basketball at a local playground when he was in the sixth grade, Johnson would practise indoors at home on rainy days by arching rolled-up socks at imaginary baskets on the wall. Outdoors, his usual practice mate was his older brother Larry.

Johnson led the Everett High School team in Lansing to the Michigan Class A quarterfinals when he was a sophomore, to the semifinals when he was a junior, and to the championship when he was a senior. A Lansing sportswriter dubbed the three-time All-Stater "Magic" after he scored thirty-six points, pulled down eighteen rebounds, and dealt out sixteen assists in one game. Charles Tucker, a psychologist with the Lansing school system and a basketball fan, was Johnson's closest adviser in his school years and guided him in his subsequent career decisions.

Wooed by the University of Michigan, Johnson chose instead to become a communications major at Michigan State University, located in Lansing. (His goal, after basketball, was to go into television announcing, although he acknowledged that he would first have to work hard at improving his diction.) "Michigan thought it had a lot more to offer than Michigan State, and it did," he later explained to a reporter. "The Wolverines were on national TV and this and that. But I like the underdog school. Every team I've played on was not supposed to win. Even when I go to the playground, I don't pick none of the best players. I pick the players who want to work hard." He discovered as a child, he said, "that the way to win was not to have a bunch of guys who could shoot twenty-foot jump shots" but "five average guys who could shoot layups. . . . Then we'd pass—and win."

The presence of Johnson revitalized basketball at Michigan State, where the 9,886-seat Jenison Field House began selling out in advance for the first time in its history and the Spartans were transformed from losers (with a 10-17 record in 1976-77) into National Collegiate Athletic Association regional finalists. Playing mostly point guard, Johnson was, even as a freshman, the undesignated but spontaneous leader of the team, unofficially setting it up and shouting orders, encouragements, congratulations, and apologies for occasionally inflicting bruises or drawing blood with his quick passes. While Coach Jud Heathcote would have liked him to improve his defense, jumping, and outside shooting, in the light of the all-round quality of his game the coach could not complain about those relatively minor deficiencies. In 1977-78 the Spartans won an impressive twenty-five games, as against only five losses, and took their first Big Ten title in nineteen years. They were stopped by Kentucky in the Mideast regional championship match.

As partner with forward Gregory Kelser (and, to a lesser degree, Terry Donnelly) in a devastating pass-and-dunk operation, Johnson had an even more sensational sophomore year, partly because his opportunities for setting up were widened when Coach Heathcote freed him from the point guard spot, as occasion demanded, and let him post up as a center or drive from the wings as a forward. He averaged 17.5 points, 7.3 rebounds, and 8.4 assists per game, and his 269 assists—a school record that still stands—brought his two-year total to 491. The Spartans won the Big Ten title—in a tie with Iowa and Purdue—as well as the national championship.

In the NCAA championship game against Indiana State on March 26, 1979 Magic Johnson matched skills with the serious, tight-lipped Indiana forward Larry Bird (now with the Boston Celtics), also a brilliant passer, who had been voted college Player of the Year by the nation's coaches. (Johnson had come in second.) A revolving Michigan "matchup zone" defense team held Bird to nineteen points and hobbled his passing, while Johnson scored twenty-four (highest in the game), Kelser nineteen, and Donnelly fifteen. After the 75-64 victory over Indiana State, Johnson was named the championship tournament's Most Valuable Player. He was also a consensus All-American, and in a Chicago *Tribune* poll he was voted the Most Valuable Player in the Big Ten.

In 1978 Johnson, whose mother wanted him to stay in college, turned down a reported offer of $250,000 a year from the Kansas City Kings. Unable to resist an offer of $600,000 a year from "the only team [he] wanted to play for," he left Michigan State after his sophomore year, in 1979, and joined the Los Angeles Lakers. Of his arrival at training camp, the Laker forward Jamaal Wilkes recalled, "He was so enthusiastic, we couldn't believe he was for real. But that's just the way he is." The joyous camaraderie that quickly developed between Johnson and the other Lakers was captured in a widely published photograph of Johnson in his first professional game, on October 12, 1979, hugging a smiling Kareem Abdul-Jabbar, the team's veteran seven-foot-two center, after Abdul-Jabbar's eighteen-foot basket destroyed the San Diego Clippers. "Mostly it was a case of learning how to read each other," Johnson explained. The most difficult such case, probably, was that of Norm Nixon, who had to yield the role of playmaker to Johnson but soon came to appreciate the younger player's complementary passing and ball-handling. "It's been quite an adjustment," Nixon confessed late in the middle of the 1979-80 season. "We still bump into each other

figuring out what's going on. But I would say this: Everyone is tripping out on the way he's bringing people, even kids, back to the game."

Referring to the Lakers' 126-122 overtime victory over Denver on November 9, 1979, in which Johnson scored an NBA career high of 31 points, Johnson said, "When we're rolling and the break is going, I guess it looks like I am performing magic out there. There are some nights I think I can do anything." Some of his legerdemain was described by David Israel in the Chicago *Tribune* (February 1, 1980): "If you are open, Magic will get you the ball. He may not be looking your way, but that is no problem. He will throw the ball over his shoulder or between his legs—while he is running full speed in the other direction. He will strut and fake and preen and, the next thing you know, you are making an uncontested ten-foot jumper or stuffing the ball through the basket. Or Magic will make the impossible shot at the buzzer appear routine. Or he will flash an arm out of nowhere to steal a pass."

Israel remarked the striking transformation of the Lakers from a collection of "business-like . . . boring" winners into a "lively and lovely team that plays the game passionately . . . a team whose home games are attended by fans, whereas in the past . . . their home games were attended by witnesses." Johnson plays with "an infectious enthusiasm," Israel observed. "He laughs, he smiles, he broods, he mirrors the changing moods of the game. [He] has provided the Lakers with leadership and spark and has turned them into the most difficult kind of basketball team to contend with, a team not unlike the dynastic Celtics of the Bill Russell era. They are a team with the most dominant of big men that plays a running game." Israel quoted Abdul-Jabbar regarding Johnson: "He does so many incredible things on the court that you want to help him keep doing them. It's really good to play with him. It's very easy to have a workaday attitude in this game. But it's nice to have this type of thing. It's a good change."

On February 3, 1980 Johnson became the first rookie to start in the NBA All-Star Game since Elvin Hayes of San Diego in 1969. Back in regular season play, the Lakers moved into the lead in the NBA's Pacific Division by trouncing Seattle 131-108, and they nailed down first place with a 101-96 win over Utah on March 23. With Johnson setting up Jim Chones with the winning basket on a no-look pass, the Lakers ended the regular season with a 95-93 upset of the Warriors in Oakland. Their season record was 60-22, and Johnson's statistics included 503 goals made out of 949 attempted, for a percentage of .530 (a Lakers' rookie record), 563 assists (another team rookie record), 374 free throws made out of 462 attempted, for a percentage of .810 (still another rookie mark), and 1,387 points in seventy-seven games, for an average of eighteen per game. His average of 7.7 rebounds a game was second best in NBA history for a guard, 1.1 points behind Jerry Sloan's 1970-71 mark.

In the playoffs the Lakers disposed of the Phoenix Suns and the Seattle Sonics before confronting the Philadelphia 76ers in the finals. With Kareem Abdul-Jabbar sidelined with a sprained ankle, Johnson started at center in the decisive sixth game against the 76ers, on May 16, 1980. Given the green light by Coach Westhead, he shuttled between the low and high post center positions, point guard, shooting guard, small forward, and power forward playing one of the greatest games in NBA playoff history in all five positions, an unprecedented tour de force. Playing forty-seven minutes, he led both teams in scoring, with forty-two points, hitting fourteen of twenty-three shots from the field and fourteen of fourteen from the foul line. He also led in rebounds, with fifteen, and he had seven assists, three steals, and a blocked shot. Supplementary heavy scoring by teammates, especially Jamaal Wilkes, gave the Lakers a 123-10[illegible] victory and their first world title since 197[illegible]. After the victory, Johnson told a television reporter, "Kareem brought us here. Without the Big Fella, we wouldn't be here. We wo[n] it for him and for ourselves." Magic nosed out Kareem for Most Valuable Player of the playoffs by one vote, a vote construed as a sort of consolation prize by some in retrospect, after Johnson finished behind Larry Bird in the balloting for Rookie of the Year.

On November 18, 1980, twenty games into the 1980-81 season, Johnson was sidelined by a tear in the medial semi-lunar cartilage of his left knee. At that point the Lakers were 15-5 and Johnson was averaging 21.4 points (up 3.4 from his 1979-80 average), leading the NBA in steals and assists, and out-rebounding all other guards with 8.2 per game. Without Johnson, the Los Angeles Lakers lost five of their next eight games.

After surgery and recuperation, Johnson rejoined the Lakers for practice on February [illegible] 1981 and returned to the lineup three and [a] half weeks later, after having missed forty-five games. "I was pleased with the way we carried on without him," Coach Westhead commented. "But when Magic wasn't with us our performance—in practices, games, trips was surgical: neat, clean, minimal talking, no nonsense. But when Magic returned it was like Looney Tunes. He created havoc. Everybody started laughing again. It was unreal."

The Lakers, who were 15-5 before Johnson's injury and 28-17 without him, won eleven games and lost six after his return to the lineup, during the last six weeks of the season. With 127 steals, Johnson led the NBA in steals average for 1980-81, with 3.43 per game. His scoring average in the thirty-seven games he played was 21.6 per game, and he completed 53.1 percent of his field goals and 76 percent of his free throws.

In the first two-out-of-three round of the playoffs following the 1980-81 season the heavily favored Lakers lost game one to the Houston Rockets on April 1. In game two, on April 3, Johnson had a do-or-die shot in th[e]

final five seconds that could have reversed the surprising debacle. Instead, Moses Malone blocked Johnson's blooper, and the Rockets wiped out the defending world champions, 89-86.

In the midst of the playoff round, unaccustomed dissension began to surface among the Lakers, who were reported to be blaming one another for their poor showing and, in some cases, to be envying Johnson his popularity and endorsement contracts. "They think I hog it all," Johnson told Richard Levin of the Los Angeles *Herald Examiner* (April 3, 1981). "But companies come to me, and as far as the endorsements are concerned, we refuse half of them. I can't help the publicity. I don't write about myself. People write about me. . . . We've become a bunch of individuals. Last year we didn't have any ego problems. Now everybody is worried about getting his share. You can't win like that."

The NBA's right-of-first-refusal system, which went into effect on May 13, 1981, radically changed the salary structure in professional basketball by making windfalls for free agents commonplace. Afraid of what might happen under the new system when Johnson's contract expired in 1984, and in order "to keep him in Los Angeles forever," Jerry Buss, the owner of the Lakers, in June 1981 added a twenty-five-year extension to his original contract. Under the terms of the extension, Johnson will be paid $1,000,000 a year in cash. Only two other professional basketball players, Kareem Abdul-Jabbar and Moses Malone, had salaries of that magnitude, and their contracts were short-term and non-cash. In baseball, nine players were making $1,000,000 or more a year, led by Dave Winfield, whose contract called for $24,000,000 payable over ten years. In football, no one was making more than $400,000, although Earl Campbell was aiming in that direction. In hockey, the highest paid players were Wayne Gretzky, who was expected to negotiate an escalation of his $300,000 a year (for nine years, with options for an additional twelve), and Mike Bossy, who was signed to a seven-year contract worth $4,500,000 in October 1981. What made Johnson's contract distinctive was its twenty-five-year term and its stipulation of payment in cash.

Beyond the expiration of Johnson's playing career, in ten years or so, his contract becomes a personal services agreement, including but not to be limited to coaching, management, or even the presidency of California Sports, the Lakers' parent organization. "Magic is a bright kid," Buss said in announcing the contract, "and I plan to make him my protégé, to teach him the business aspect of sports. I realize this is a very unusual contract because we're talking about a kid whose college class just graduated. But what it really comes down to is that Magic is part of the family."

Some NBA owners cringed and others were outraged at Buss's raising so drastically the ante in a sport where the average annual salary was already more than $170,000. "Those are—egad!—substantial dollars," Jerry Colangelo, the general manager of the Phoenix Suns, remarked. "An owner, any owner, with the financial wherewithal has the right to do whatever he wants. . . . My concern is, over a period of time, there have to be ramifications from the kind of dollars we're paying. I'm worried about the rippling effect to other franchises. Many of us have financial limitations. It's tough to retain competitive balance when things like this take place. . . . One franchise may prosper, but any franchise is only as good as the rest of the league."

At the beginning of the 1981-82 season, Johnson was the most vocal of the Laker players growing restive under Coach Paul Westhead's highly structured offense. When Johnson asked to be traded, in November, owner Jerry Buss fired Westhead. The widespread assumption—a false one, according to Johnson—that Johnson's request caused Westhead to lose his job dulled the luster of Johnson's popularity a little, but not his or the Lakers' prowess. Under Pat Riley, the new coach, Johnson lifted his season average to more than eighteen points a game and finished the season second in assists in the NBA, with 9.5 per game. The Lakers, the best finishers in the NBA's Western Conference, swept the conference playoffs and went on to win the NBA championship with a victory over the Philadelphia 76ers on June 8, 1982.

With his unaffectedly beaming smile, the 215-pound Earvin Johnson brings to basketball a personality that is as important as his talent. "The kid's always smiling and attracts people to him," the film and TV actor Bo Hopkins, a Lakers fan, has observed. "He has what most actors would die for: total charisma." Putting that charisma to work for several lines of sporting goods and sportswear, a soft drink and several other edibles and potables, and two automobiles, among other merchandise, Johnson probably makes as much money from his commerical endorsements as from his basketball playing, and he derives further income from real estate investments. His agents are Andrews and Farwell.

Johnson lives in a luxurious two-story bachelor condominium in Culver City, California and drives a gold Mercedes-Benz and a Buick Riviera. During visits back home in Lansing he plays third base on the Magic Johnson Enterprises softball team. In Los Angeles he often dances far into the night at Pips and other chic clubs. "I do like the ladies," he confessed to Sue Reilly when she interviewed him for *People* (March 30, 1981). "I used to chase them; now they chase me." On the road he is never without his "box," a hefty, deluxe stereo cassette player. "What I do when we get to a city," he told Al Stump of *Los Angeles* magazine (April 1981), "is lock myself in a room with the box, get in bed, cut off phone calls and just groove with the music of the Funks, Kool and the Gang, Earth, Wind and Fire, and like that. And just black out my



EXHIBIT A

mind and get all loose and relaxed." On the plane carrying the team he will sometimes dance in the aisles with the stewardesses. "Old E. J. the Deejay," he has been quoted as saying, "was born to make people have a good time."

*References: Ebony 35:100+ My '80 pors; N Y Daily News S p10 D 26 '80 por; N Y Times C p6 Mr 26 '79 por; Newsday S p10+ Ja 27 '80 pors; People 15:66+ Mr 30 '81 pors; Sports Illus 48:48+ Ja 23 '78 por, 50:28+ Ap 30 '79 pors, 51:31+ N 19 '79 pors, 54:14+ Mr 9 '81 por*



## Jones, David C(harles)

*July 9, 1921- United States military officer. Address: b. c/o Joint Chiefs of Staff, The Pentagon, Washington, D.C. 20301*

In April 1978, General David C. Jones, then the United States Air Force chief of staff, was dolefully contemplating retirement at the end of a thirty-six-year military career, when he received a call from President Jimmy Carter's Secretary of Defense, Harold Brown. The Defense Secretary persuaded Jones to become chairman of the Joint Chiefs of Staff, replacing the outspoken and controversial General George S. Brown, a fellow Air Force officer, who was retiring for reasons of health, on July 1, 1978.

One of the few topflight American military men never to have graduated from a service academy or a college, Jones is known as an efficient manager who brought the Air Force up to a high degree of combat readiness during his four years as its chief of staff. On the other hand, his hard-line critics maintained that he was too compliant with the military policies of the Carter Administration, and in particular, that he had failed to put up enough of a fight for the production of the controversial B-1 bomber. But President Carter and Secretary Brown saw in Jones a "team player" who would be loyal to his commander-in-chief, and Ronald Reagan, after his election as President in 1980, decided to retain Jones in the nation's top military post. A profile in Time (October 29, 1979), proclaiming an end to "the era . . . of flamboyant combat heroes rising to the top of the military," noted that the general typified a "new breed" of military officer: "cool, meticulous, low-keyed, and dogged." Since his retirement in June 1982, Jones has continued to speak out on military and national defense issues as a traveling lecturer.

David Charles Jones, the son of Maurice and Helen Alice (Meade) Jones, was born on July 9, 1921 in Aberdeen, South Dakota and grew up in Minot in that state. As a teenager he often bicycled to the local airport, where he watched aircraft taking off and landing and dreamed about becoming an army pilot some day. After graduating from high school in Minot in 1939, he entered the University of South Dakota, and later he studied at Minot State College. But airplanes remained his consuming interest, and as a student he earned his pilot's license flying piper cubs in the Civilian Pilot Training Program. In April 1942 Jones left college and joined the Army Air Corps as an aviation cadet. He won his wings and was commissioned a second lieutenant in February 1943 after graduating from flying school in Roswell, New Mexico.

An opportunity to fly World War II combat missions eluded Jones, however. As an advanced flight instructor, he trained pilots in the dusty airfields of Texas, New Mexico, and Arizona for the duration of the war. In the late 1940's he piloted Catalina flying boats based in Japan. The outbreak of the Korean war in 1950 gave Jones his chance to fly in combat. Assigned to B-29 bombing missions over North Korea, he logged some 1,300 hours flying time in the aging giants that had once been the pride of the Air Force. In 1953-54 he flew aerial tankers as commander of the 22nd Refueling Squadron and then commanded the 33rd Bomb Squadron. From September to December 1954 he served as operations planner with the bomber mission branch at Strategic Air Command headquarters.

From January 1955 to July 1957 Jones, then a lieutenant colonel, served as an aide to the commander in chief of the Strategic Air Command, General Curtis LeMay, an experience that he considers a landmark in his career. One of the principal architects of the World War II bomber offensives against Germany and Japan, LeMay became Air Force Chief of Staff in the early 1960's. The two men have



EXHIBIT A

# ENCYCLOPEDIA OF AFRICAN-AMERICAN CULTURE AND HISTORY

*Edited by*

JACK SALZMAN
DAVID LIONEL SMITH
CORNEL WEST

Volume 3

MACMILLAN LIBRARY REFERENCE USA
SIMON & SCHUSTER MACMILLAN
NEW YORK

SIMON & SCHUSTER AND PRENTICE HALL INTERNATIONAL
LONDON MEXICO CITY NEW DELHI SINGAPORE SYDNEY TORONTO



Charles S. Johnson, photographed in 1948, was one of the leading sociologists of his generation and the first black president of Fisk University. (Prints and Photographs Division, Library of Congress)

relations" of race and racism. In *The Negro College Graduate* (1938), he described in great detail how difficult it was for blacks to gain entrance to college, and to advance professionally after graduation, and the economic and psychological problems this caused. *Growing Up in the Black Belt* (1941) showed black adolescence to be at once a product of the omnipresent "color system" and of the socialization process as it works out in any complex society where there are differences among young people in age, sex, class, and urban or rural background.

In 1947 Johnson became the first black president of Fisk University. Over the years, he was a consultant on race relations to U.S. Presidents Franklin D. Roosevelt, Herbert Hoover, and Dwight D. Eisenhower. In 1930 Johnson was a member of the League of Nations Commission whose mission was to investigate human rights violations in Liberia, and he served on the Tennessee Valley Authority in 1934. From 1936 to 1937 he was a consultant to the U.S. Department of Agriculture on the issue of farm tenancy, and was a U.S. delegate to UNESCO in 1946. Johnson died suddenly on October 27, 1956.

REFERENCES

BLACKWELL, JAMES and MORRIS JANOWITZ, eds. *Black Sociologists, Historical and Contemporary Perspectives*. Chicago, 1974.

KELLER, BRUCE. *The Harlem Renaissance: A Historical Dictionary for the Era*. Westport, Conn., 1984.

RAUSCHENBUSH, WINFRED. *Robert E. Park: Biography of a Sociologist*. Durham, N.C., 1979.

JO H. KIM

**Johnson, Earvin, Jr., "Magic"** (August 14, 1959– ), basketball player. "Magic" Johnson was born and raised in Lansing, Mich., where he soon demonstrated an unusual aptitude for BASKETBALL. Despite the flair suggested by his nickname (which was given to him in 1974 by Fred Stabley, Jr., a reporter for the *Lansing State Journal*), Johnson's playing style was crafted out of devotion to basketball fundamentals and endless hours of practice. After leading his high school team to the state championship in his senior year, Johnson chose to attend college at nearby Michigan State University. He electrified crowds with his dazzling playmaking and the enthusiasm he displayed on the court while leading the Spartans to a national collegiate championship as a sophomore in 1979. At 6′9″, he was perhaps the most agile ball-handler for anyone of his size in the history of the game, and his combination of height, athletic skills, and passing ability brought a new dimension to the position of guard.

Johnson left Michigan State after his sophomore year, and at the age of twenty he joined the professional ranks, leading the Los Angeles Lakers to the National Basketball Association (NBA) Championship in 1980—a feat they achieved four more times during the decade (in 1982, 1985, 1987, and 1988). Though Johnson holds the NBA record for assists (9,921) and was named the league's MVP three times (1987, 1989, 1990), Playoff MVP three times (1980, 1982, 1987), and All-Star Game MVP twice (1990, 1992), his desire to win translated into an unselfish style of play that elevated passing to an art form and stressed teamwork over individual accolades. His charisma and court savvy helped to revive interest in the NBA, while his versatility transformed the game to one dominated by multitalented guards and forwards. Johnson's contributions on the court have been matched by his efforts and leadership away from it: He has worked for numerous charitable organiza-



Earvin "Magic" Johnson shoots in warmups before an NBA exhibition match in Chapel Hill, N.C., November 3, 1992, a few days after announcing his second retirement. (AP/Wide World Photos)

tions and has raised several million dollars for the UNITED NEGRO COLLEGE FUND over the course of his career. With an engaging personality and smile, Johnson became one of the most famous and recognizable Americans in the 1980s.

He retired from professional basketball in November 1991 when he revealed that he had tested positive for the virus that causes AIDS (acquired immune deficiency syndrome). Following his announcement, Johnson assumed a leadership role once again in working to raise research funds for, and awareness of, the disease. In 1992 he was appointed to the President's National Commission on AIDS, but he resigned soon thereafter when he became disillusioned with the government's efforts on behalf of AIDS research. Johnson kept AIDS in the public eye when he resumed his career shortly after guiding the United States basketball team to a gold medal at the 1992 Olympics. He attempted a comeback with the Lakers in the fall of 1992, but after some players in the league expressed reservations about playing with him because of his infection, he retired again. In that same year, Johnson authored *What You Can Do to Avoid AIDS*, the net profits from which went to the Magic Johnson Foundation, which Johnson established for prevention, education, research, and care in the battle against AIDS.

REFERENCES


JOHNSON, EARVIN "MAGIC," and ROY S. JOHNSON. *Magic's Touch*. Reading, Mass., 1989.

PASCARELLI, PETER F. *The Courage of Magic Johnson: From Boyhood Dreams to Superstar to His Toughest Challenge*. New York, 1992.


JILL DUPONT

**Johnson, Fenton** (May 7, 1888–September 17, 1958), writer. Born in Chicago to a middle-class African-American family, Fenton Johnson attended the University of Chicago and Northwestern University. During his student days, he became interested in poetry and playwriting, and at the age of nineteen had a play produced at Chicago's Pekin Theater. In 1913, following a short stint as an English teacher at State University in Louisville, Ky., Johnson privately printed *A Little Dreaming*, a book of poems. Around the same time, Johnson moved to New York City, where he attended Columbia University's Pulitzer School of Journalism, leaving in 1917 without a degree. During this time he supported himself by working as a writer for the mainstream Eastern Press Association and as acting dramatic critic for the *New York News*. In 1915 and 1916 he wrote two more volumes of poetry, *Visions of the Dusk* and *Songs of the Soil*. Unable to find a publisher, Johnson complained that gaining recognition was as difficult for him as "walking in the Atlantic Ocean." With the aid of several patrons, he printed the works privately. During these years, he published three of his short stories in *The Crisis*, the magazine of the NAACP. Most of Johnson's early poems were written either in conventional Victorian style, or were dialect poems that showed the influence of Paul Laurence DUNBAR. Johnson was also strongly influenced, as he would remain throughout his career, by the New Chicago School of Edgar Lee Masters and Vachel Lindsay.

In 1916 Johnson moved back to Chicago. Interested in various literary forms, he became the editor of the *Champion Magazine* and wrote all its articles. After it folded in 1918, he founded and edited another review, *Favorite Magazine*. *Favorite* was a costly failure, and Johnson was hard-pressed to continue it. In 1920 he published *Tales of Darkest America*, a collection of short stories from *Favorite*, and *For the Highest Good*, a book of essays written for the review. While

# T. JAMES ENCYCLOPEDIA OF POPULAR CULTURE

## VOLUME 2: E-J

EDITORS: Tom Pendergast Sara Pendergast

with an introduction by Jim Cullen

ST. JAMES PRESS

AN IMPRINT OF THE GALE GROUP

DETROIT • SAN FRANCISCO • LONDON

EXHIBIT A

otential buyers that Blind Willie Johnson "sings sacred selections in way that you have never heard before."

In December of 1928 Johnson cut four more sides, again in )allas. This time a woman named Willie B. Harris, whom Charters ays was Johnson's first wife, recorded as a sort of backup singer. It vas another year before Johnson, accompanied by a different woman inger, recorded again. These third and fourth sessions took place in Jew Orleans in a studio set up above Werlein's Music Store, on the 'rench Quarter side of Canal Street. The last session was in Atlanta, vhere Blind Willie Johnson, again working with Harris, recorded en songs.

The Depression ended his recording career, as it did that of many other folk artists. Johnson, with a new wife, continued his wanderngs, singing and begging on street corners in Texas and Louisiana. They eventually settled in Beaumont, Texas, and he died there of pneumonia in 1947. He'd slept in their shack after a fire had gutted it and the dampness caused his sickness. Many years later Charters racked down his widow and when he asked her if she'd brought her sick husband to a hospital, she answered that she had but "they wouldn't accept him."

—Ron Goulart

FURTHER READING:

Charters, Samuel. Liner notes for *The Complete Blind Willie Johnson*. New York, Sony Music Entertainment, 1993.

Davis, Francis. *The History of the Blues*. New York, Hyperion, 1995.

## Johnson, Earvin "Magic" (1959—)



Earvin "Magic" Johnson

Earvin "Magic" Johnson was one of the marquee basketball players of his era. He began his National Basketball Association career in 1980. During the following decade, he and Larry Bird helped to elevate the popularity of professional basketball to previously unscaled heights. Johnson's wall-to-wall smile and ingratiating manner made him a favorite of hoop and non-hoop fans alike. Nonetheless, he will be remembered for much more than his exploits on the hardwood. On November 7, 1991, he shocked America—and the sporting world in particular—by announcing his retirement from basketball because he was HIV-positive. This admission, in such a public forum, forever altered the face of the AIDS plague. AIDS no longer could be ghettoized and trivialized as a disease whose sufferers were promiscuous gays and intravenous drug abusers, or lived far away on another continent.

Earvin Johnson, Jr., the sixth of ten children, grew up in Lansing, Michigan, and was dubbed "Magic" by a sportswriter after amassing some sterling statistics—36 points, 18 rebounds, and 16 assists—in a high school game. Wherever he played, Johnson helped to pilot a winner. For four straight years, he made the Michigan all-state high school team. In his senior year he tallied 28.8 points and 16.8 rebounds per game and led Lansing's Everett High School to a 27-1 record and the state championship He attended Michigan State University, where as a freshman he guided the Spartans to a 25-5 record and their first Big Ten championship in 19 years. He capped his college career in 1979, when he was a sophomore. That season, Michigan State won the NCAA title and Johnson, who averaged 17.1 points per game, was named the tournament's most outstanding player.

The 6′ 9″ point guard decided to turn pro after his second year at Michigan State and was selected by the Los Angeles Lakers as the first overall pick in the 1979 NBA draft. In his first year with the team, he maintained his status as a winner by helping the Lakers take the NBA title. He capped off his season by being the first rookie cited as MVP of the NBA finals. In the deciding game against the Philadelphia 76ers, he replaced an ailing Kareem Adbul-Jabbar at center and went on to score 42 points, adding 15 rebounds and seven assists in a 123-107 victory. However, Johnson lost Rookie of the Year honors to Larry Bird, who become one of his chief on-court adversaries during the 1980s.

In his 13 seasons with the Lakers, Johnson astounded fans and players alike with his no-look passes, clutch baskets, and "showtime" style of offense. He led the team to four additional NBA titles, with the Lakers' 1987 victory against Bird and the Boston Celtics especially sweet. In the deciding minutes of Game 4, with the Celts holding a one-point lead, Johnson won the contest with an Abdul-Jabbar-like sky hook. The Lakers went on to beat their rivals in six games.

In 1987, 1989, and 1990, Johnson was the league's MVP; he also earned two additional MVP citations for starring in the NBA finals.

Prior to his retirement he played in 11 All-Star Games, and in 1990 he was the contest's MVP. Between 1983 and 1991, he was first-team all-NBA. He led the NBA in assists on four occasions. During the 1990-91 season he broke the all-time NBA assists record and completed his career with 10,141.

Johnson came out of retirement to score 25 points and make nine assists in the 1992 NBA All-Star game, helping the West earn a 153-113 victory and winning a second All-Star MVP trophy. Near the end of the contest, he inspired the crowd by making successive three-point shots while being defended by Michael Jordan and Isaiah Thomas. Johnson joined Jordan, Bird and other NBA stars as a member of the U.S. Olympic Dream Team, which drubbed opponents by an average of 43.8 points per game, earned a Gold Medal at the 1992 Barcelona Olympics, and helped to escalate the sport's popularity across the globe. He then announced his pro comeback, but retired again prior to the beginning of the 1992-93 NBA season. In March, 1994, Johnson became head coach of the Lakers, but quit as the team completed the season with a 5-11 record. He also became a minority owner of the team and came out of retirement one last time during the 1995-96 season, in which he played in 32 Lakers games. Also in 1996, he was cited as one of the 50 Greatest Players in NBA History.

In his post-NBA career, "Magic" Johnson has been a frequent guest on TV talk shows. His own venture into late-night television, *The Magic Hour,* flopped soon after its 1998 premiere. More importantly, he is a celebrity who has eagerly donated his services to an array of charitable organizations. He has been active as a fundraiser for the Starlight Foundation, the American Heart Association, the Muscular Dystrophy Association, the American Cancer Society, the United Negro College Fund, and the Urban League. He has offered his name and his presence to a host of HIV/AIDs awareness programs. He established the Magic Johnson Foundation, which bestows grants to community-based, youth-oriented organizations.

He became chairman and chief executive officer of Magic Johnson Enterprises, whose projects include the Johnson Development Corporation, Magic Johnson All-Star Camps, and Magic Johnson Theaters. He believes that all business endeavors must benefit society and so his theater chain, developed in conjunction with Sony Entertainment, consists of state-of-the-art multiplex cinemas located in economically depressed urban neighborhoods. The first opened in Baldwin Hills, a run-down area of Los Angeles.

—Rob Edelman

FURTHER READING:

Gutman, Bill. *Magic, More Than a Legend.* New York, Harper Paperbacks, 1992.

Haskins, Jim. *"Magic": A Biography of Earvin Johnson.* Hillside, New Jersey, Enslow Publishers, 1981.

Johnson, Earvin, and Richard Levin. *Magic.* New York, Viking Press, 1983.

Johnson, Earvin, and Roy S. Johnson. *Magic's Touch.* Reading, Massachusetts, Addison-Wesley Publishing Company, 1989.

Johnson, Earvin, with William Novak. *My Life.* New York, Random House, 1992.

Pascarelli, Peter. *The Courage of Magic Johnson: From Boyhood Dreams to Superstar to His Toughest Challenge.* New York, Bantam Books, 1992.

## Johnson, Jack (1878-1946)

Jack Johnson, the first modern African American heavywei; boxing champion of the world, served as a lightning rod for the rac turmoil of the early twentieth century. Johnson won the heavywei title in 1906 and then defeated a series of "Great White Hope culminating in his epic match with ex-champion Jim Jeffries wh was billed from the start as a battle between the "The Hope of White Race vs. The Deliverer of The Negroes." The implication: Johnson's ensuing easy victory frightened many white Americ: inspired many black Americans, and upset the understood ra hierarchy of Victorian America.

One of six children, Arthur John Johnson was born in Galvest Texas in 1878. Johnson lived a tough childhood and dropped ou school after receiving five or six years of elementary education. the mid-1890s, Johnson earned a living by working a variety of j around the port of Galveston and by participating in battle roy Organized by all-white athletic and social clubs for the entertainn of their members, battle royals featured groups of young black i fighting in a ring until only one man was left standing. Tl "exhibitions" had no rules, and the last fighter in the ring receiv



**Jack Johnson**

2

# NOTABLE SPORTS FIGURES

Dana Barnes, Editor

VOLUME 2 • F-L

GALE®

THOMSON GALE

Detroit • New York • San Diego • San Francisco • Cleveland • New Haven, Conn. • Waterville, Maine • London • Munich

***The Last American Hero***

In 1973, director Lamont Johnson released the filmed version of Tom Wolfe's 1965 essay "The Last American Hero." Alternately titled *Hard Driver*, the film starred Jeff Bridges as Johnson, as well as Gary Busey as Johnson's mechanic, and Valerie Perrine as Johnson's love interest. The film remains mostly true to Johnson's life story, emphasizing his background as a runner of bootlegged corn liquor, and garnered positive critical reviews for Bridges's performance.

practicing and a Pontiac would come by, I'd grab one, get as close to it as I could and hang onto it, and they couldn't get away from me," Johnson told Clendennen. "Cotton Owens and Jack Smith come over and told me we really had that Chevrolet flying. Well, little did they know that they was draggin' me around the race track, there was no way possible to keep up with them any other way." Johnson applied what he had learned on the day of the race, as he explained to Clendennen: "I just held on to every Pontiac I could get hold of."

Johnson added to his growing reputation by refusing to rely on help from the Chevrolet factory in Detroit, opting instead to remain independent. This decision added to his prestige when he repeatedly became the driver to beat, which caused fans and writers alike to consider him a David jousting a mighty Goliath. By the time he retired from driving after the 1965 season, Johnson was a 34-year-old motorsport legend. As a team owner, he fielded NASCAR Winston Cup teams to 139 wins and six Winston Cup Championships until 1995, when he retired to his beef farm and business interests in northern North Carolina. In 1998, he was named the greatest NASCAR driver of all time by *Sports Illustrated* magazine.

## CONTACT INFORMATION

Address: 1950 Flintstone Drive, Statesville, NC 28677. Address: c/o Penske Corporation Headquarters, 2555 Telegraph Rd., Bloomfield Hills, MI 48302-0954. Phone: (248) 614-1122.

## FURTHER INFORMATION

### Books

"Junior Johnson." *A Who's Who of Sports Champions: Their Stories and Records*. Boston: Houghton Mifflin, 1965.

### Other

Clenndennen, Andy. "Junior Johnson Is Still Running in Circles." *Sporting News* (February 15, 2001). http://www.sportingnews.com/features/wherearethey/johnson/ (October 24, 2002).

"Roger Penske." Motorsports Hall of Fame and Museum of America. http://www.mshf.com/index.htm?/hof/penske_roger.htm (January 18, 2003).

Vance, Bill. "Junior Johnson: Legend of Moonshine Running and Stock Car Racing." Canadian Driver. http://www.canadiandriver.com/articles/bv/junior.htm (January 18, 2003).

*Sketch by Bruce Walker*

# Magic Johnson
## 1959-

**American basketball player**

Had Earvin Johnson's earliest nickname stuck with him, he would be known today as "June Bug" rather than "Magic." A reference to his childhood proclivity for bouncing from basketball court to basketball court in search of a game, Johnson's later nickname gained preference when, as a high school player, his superior skills began to earn him acclaim. Magic continued to dazzle through his days at Michigan State University and in twelve years with the championship Los Angeles Lakers of the National Basketball Association (NBA). With his friendly demeanor and infectious smile, he shone as much off-court as on, becoming one of the world's best-known, and most well-loved, sports figures. Personally and professionally, he seemed unstoppable. In 1991, however, came an overwhelming test of this belief. At a November 7, 1991 press conference Johnson announced that he had contracted the Human Immunodeficiency Virus (HIV), which leads to the incurable, fatal Acquired Immunodeficiency Syndrome, or AIDS. True to form, Johnson has faced this obstacle head-on and with optimism. While he retired from the NBA following his announcement (returning for a brief stint in 1996), he has focused the same unyielding drive and buoyant energy he displayed on the court into numerous business ventures aimed at revitalizing largely African American areas of the nation's cities. In addition, he has become an unofficial spokesperson for HIV and AIDS awareness, promoting disease prevention measures and railing against the stigmatization of those who are afflicted. Twelve years after his announcement, Johnson still shows no signs of AIDS himself, and remains as energetic and focused as ever.

### From "June Bug" to "Magic"

Earvin Johnson Jr. was born on August 14, 1959 in Lansing, Michigan, the middle of seven children. His father, Earvin Sr. worked on an assembly line at Gen-



:arvin "Magic" Johnson

ral Motors and held a second job hauling garbage; his nother Christine worked as a janitor and cafeteria vorker at a local school while taking primary respon-ibility for rearing the children. Johnson was expected ɔ adopt the same tireless work ethic as his parents. 'You want five dollars Junior?'" his father would ask, s Johnson recalled in his autobiography. "'Here, take ıe lawn mower. There's a lot of grass in this town, nd I bet you could earn that money real quick.'" Vhen Earvin Sr. did relax, he often did so by watch-ıg basketball and critiquing the players' moves. John-ɔn took keen note and then hit all the courts in the eighborhood to try out what he learned. This is when is older neighbors began to call him "June Bug." All ıe practice paid off, and by the time he joined the :am at Lansing Everett high school he was clearly estined for greatness. It was during his sensational 'eshman year where, in one game, he scored thirty-x points and grabbed eighteen rebounds, that Fred tabley, Jr., a sportswriter for the *Lansing State Jour-al* decided the rising star needed a nickname. Rea-ɔning that "Dr. J" and "Big E" were already taken, he pted for "Magic." Johnson recalls that, while the ickname gave opposing teams, and their fans, addi-onal heckling fodder, this only fueled his drive. "The ame became a challenge, and I love challenges," ɔhnson recalled. "The signs and the slogans only rved to fire me up." Johnson was named an All-State ayer three times and, during his senior year, led his am to the state championship.

**Chronology**

| | |
|---|---|
| 1959 | Born August 14 in Lansing, Michigan |
| 1973 | Begins freshman year at Lansing Everett High School; named starter on basketball team and given nickname "Magic" |
| 1975 | Leads team to Class A tournament quarterfinals, named to All-State Squad |
| 1976 | Leads team to Class A semifinals, again named All-State |
| 1977 | Leads team to Class A championship, named All-State for third time, enters Michigan State University on basketball scholarship |
| 1978 | Leads MSU Spartans to Big Ten championship |
| 1979 | Leads Spartan to NCAA championship, named tournament MVP, sets new school record for season assists, begins rivalry with Larry Bird |
| 1979 | Foregoes remainder of college career to turn pro, drafted by the Los Angeles Lakers in the first round |
| 1980 | Proves instrumental in Lakers' NBA tournament win, named championship series MVP |
| 1981 | Son Andre is born on February 20 |
| 1987 | Named league MVP |
| 1988 | Leads Lakers to yet another NBA championship, the first time a team wins two in a row since the Boston Celtics in 1969 |
| 1991 | Marries Earleatha "Cookie" Kelly in September |
| 1991 | On November 7, publicly announces that he has been diagnosed with HIV and will retire from the NBA |
| 1991 | Named to President Bush's National AIDS Commission on November 15 |
| 1992 | Johnson's Number 32 is retired by the Los Angeles Lakers |
| 1992 | Wins Olympic gold medal as member of U.S. "Dream Team" |
| 1992 | Son Earvin III is born on June 4 |
| 1992 | Resigns from National AIDS Commission, citing the government's lack of genuine interest in fighting the disease |
| 1992 | Joins NBA All-Star team despite his retirement and named game MVP |
| 1992 | Aborts NBA comeback after several players express fear of catching HIV from contact with Johnson |
| 1993 | Founds Johnson Development Corporation |
| 1993-94 | Becomes Lakers head coach for 15 games at end of season |
| 1994 | Becomes minority owner of Los Angeles Lakers |
| 1995 | Adopts daughter Elisa |
| 1996 | Announces on January 29 that he will return to play for the Lakers |
| 1996 | Retires on his "own terms" on May 14 |
| 1997 | Founds Magic Johnson Entertainment |
| 1998 | Hosts talk show, which is canceled after two months |
| 2002 | Named to Basketball Hall of Fame |

## Taking Off

Johnson stayed in his hometown for college, attending Michigan State University. As a freshman, he led the team to a Big Ten championship. In Johnson's sophomore year, the Spartans advanced to the 1979 NCAA Championship finals. It was in this game, against Indiana State University, that he had his first well-publicized match-up with ISU star and later Boston Celtic **Larry Bird**, with whom he maintained a friendly rivalry throughout his career. The Spartans won the game 75-64 and it was Johnson who was named the tournament's Most Valuable Player. After this stunning victory, Johnson forfeited his remaining two years of college eligibility and turned pro. He was the first pick for the Los Angeles Lakers in 1979 and became the team's key to winning the NBA championship that season. With star **Kareem Abdul-Jabbar** in-

**Awards and Accomplishments**

| | |
|---|---|
| 1974-76 | Michigan Class A All-State Team |
| 1976 | Michigan Class A Championship Team |
| 1979 | NCAA Championship Team |
| 1980 | NBA All-Rookie Team |
| 1980, 1982-92 | NBA All-Star Team |
| 1980, 1982, 1985, 1987-88 | NBA Championship Team |
| 1980, 1982, 1987 | MVP NBA Championship |
| 1982 | All-NBA second team |
| 1982 | Citizenship Award |
| 1983-91 | All-NBA first team |
| 1984 | Schick Pivotal Player award |
| 1984 | IBM All-Around Contributions to Team Success Award |
| 1987 | Player of the Year, *Sporting News* |
| 1987, 1989-90 | League MVP |
| 1990, 1992 | MVP NBA All-Star Game |
| 1992 | U.S. Olympic Gold Medal |
| 2002 | ROBIE Humanitarianism Award (Jackie Robinson Foundation) |
| 2002 | Named to Naismith Memorial Basketball Hall of Fame |

jured and unable to play in the sixth game of the finals, Johnson started at center. Scoring forty-two points and grabbing fifteen rebounds, he led his team to victory and was named tournament MVP.

Johnson's second year for the Lakers was not nearly so magical. In addition to suffering a knee injury that forced him to miss forty-six games that season, tension had begun to mount between the popular player and his teammates. When the Lakers lost to the Houston Rockets in the first round of the NBA Championship playoffs, Johnson was largely blamed for the defeat. The fact that he subsequently signed a $25 million contract to remain with the Lakers increased the animosity, and raised the ire of fans, as did his public criticism of Lakers coach Paul Westhead, who was fired the day after Johnson asked, via the media, to be traded. Following these events, Johnson was booed on many courts, both away and at home. Ever fickle, teammates and fans began to come around when Johnson, under new coach **Pat Riley**, led the team to a second NBA Championship in the 1981-82 season, for which he was again named MVP. Johnson also experienced a personal roller-coaster during this time: a high school friend with whom he had a brief casual relationship announced that she was pregnant. On February 20, 1981, Johnson's son Andre was born.

After losing the championship to the Philadelphia 76ers in 1983, the Lakers entered into one of the most enduring rivalries in all of professional basketball, alternating tournament wins with the Boston Celtics for the next five seasons. A second rivalry, between Johnson and Celtics star Bird, naturally built up over this time as well. While both Johnson and Bird initially lived up to the media portrayals of them as opponents off-court as

**Life After Death**

November 7, 1991, was one of those seismic Where-were-you-when-you-heard? moments in American culture. Even if you didn't follow pro sports, you knew Magic—whose last name, like Michael's and Larry's, was superfluous—was part of the holy triumvirate that had saved pro basketball. There he was, telling us, with the imprecise language that was part of his charm, that he had "attained" the AIDS virus, as if it were another goal he'd reached in a storied career: five championship rings, three MVP awards, three Finals MVP awards, one deadly disease. From what information he gave us in succeeding days, it was in fact a form of attainment, the consequence of sexual encounters—heterosexual encounters, Magic emphasized as rumors about his sexual orientation swirled—in offices, in elevators, with multiple partners, the profane fruit of the Penthouse Forum fantasy life available to superstars. ...

Ten years. Michael has retired, unretired, retired and perhaps unretired again. Larry is just gone. The Lakers have fallen and risen. And Magic is still here. Millions of young people have never lived in a culture without AIDS. Almost all of us know someone who has died of the disease, but almost all of us know someone who is living with it, too. Ten years. We know everything about AIDS. We know nothing.

Source: McCallum, Jack. *Sports Illustrated*(August 20, 2001): 70+.

well as on, exchanging glares and refusing to shake hands, the pair eventually became close friends. So close, in fact, that Johnson imagined the pair retiring at the exact same moment: "It's the seventh game of the Finals, the Lakers against the Celtics. There's one minute left in the game and score is tied. And then, suddenly, it's time to leave. Larry and I just shake hands, walk off the court, and disappear." Prior to retirement, though, Johnson credited Bird with pushing him to play his best ball. "We feed off one another, that's why we go on," he told the *Los Angeles Times*.

The Celtics won the first of the five-year string of championship bouts, spurring the press to, for a time, refer to Johnson as "Tragic" and his team the "Los Angeles Fakers." Johnson and his teammates turned it around the following year, however, beating the Celtics four games to two. The Lakers didn't make the final round in 1985-86, and the Celtics went on to take the title from the Houston Rockets. But the Lakers came back with a vengeance the next season, again beating the Celtics in the finals four games to two. That year, Johnson averaged 21.8 points per game, led the league in assists with 12.2 per game, and led his team to an NBA-best 65 wins. For his efforts, he was awarded his first-ever league Most Valuable Player award. He was named MVP of the tournament again that year as well. It was the last time he and Bird met each other in the NBA finals.

In 1988, Johnson faced another close friend across the court as the season came to a close. Playing the Detroit Pistons for the title this year, Johnson's and Piston guard **Isiah Thomas's** mutual respect and deep friendship was demonstrated when the pair kissed before the opening tip-off of Game One. Ultimately, Johnson went home with the trophy, as the Lakers bested the Pistons four games to three. By this time, the star of Hollywood

celebrities' favorite team—Lakers fans included Jack Nicholson, Michael Douglas and Michael Jackson—had become a celebrity himself, and he found it necessary to travel with bodyguards and reside in a guarded estate due to his immense popularity. Johnson and Thomas faced each other again in the 1989 NBA Championship, but this time Thomas emerged the victor, with Johnson sitting out a portion of the final series due to an injured hamstring. Still, Johnson was awarded his second MVP award for his regular-season play. While his team did not progress to the finals the next season (although Johnson was again named league MVP), Johnson made one more championship trip in 1990, facing the Chicago Bulls. Again, he emerged disappointed, with the Bulls winning four games to one. While he did not know it at the time, this series marked the end of Johnson's NBA career.

## Off-Court Battle

The fall of 1991 started out beautifully for Johnson. In September he married Earleatha "Cookie" Kelly, a longtime friend. But just a few weeks later, during a routine physical examination, the seemingly invincible ball player tested positive for HIV, the virus that leads to the incurable and fatal disease AIDS. The world as he knew it came crashing to a halt. Johnson revealed the news to the public on November 7, 1991, and announced he would be retiring from basketball. The sports world was stunned. "I didn't believe it," UCLA player Ed O'Bannon recalled in *Sports Illustrated* years later. "When I watched the press conference later that day, it broke my heart. It was one of the lowest moments of my life because he was my favorite player of all time. We all thought he was going to die." Both Cookie and their son, Earvin II., who was born on June 4, 1992, have repeatedly tested negative for the virus. The Johnsons adopted a daughter, Elisa in 1995. Defying many of the stereotypes—and medical realities—of living with HIV, Johnson has yet to manifest any signs of the disease. This does not mean, however, that he was immune to the prejudices often levied against those with HIV and AIDS. After he made the announcement, people jumped out of swimming pools when he jumped in, afraid they would contract the virus, he told *Jet* in 2002. Indeed, he abruptly aborted a 1992 NBA comeback after many players expressed fear of coming into contact with him. Johnson did, however, play on the 1992 NBA All-Star Team and was named the game's MVP.

Johnson also began channeling his still-unbridled energy into AIDS prevention and awareness efforts. Soon after he announced he was HIV-positive he established the Magic Johnson Foundation to promote HIV/AIDS prevention and awareness. He briefly served on President George Bush's National AIDS Commission, but resigned on September 25, 1992, citing the government's lack of genuine interest in fighting AIDS as his reason. He still continues many of the duties he took on as a committee member, such as speaking at various AIDS awareness events, helping to raise funds for research, and lending his words and well-recognized image to publications and public service announcements promoting precautionary measures. In one particularly bold move, Johnson has been candid about the way he contracted the disease, admitting that he often failed to practice safe sex and encouraging others to learn from his example. One byproduct of his efforts has been a growing realization that HIV and AIDS do not only affect homosexuals or people of certain races or classes. Johnson's current efforts focus on raising HIV and AIDS awareness in the Black and Latino communities


Earvin "Magic" Johnson

## Building an Empire

Johnson has also been busy overseeing a number of business ventures, primarily aimed at revitalizing poor, largely African American urban areas and specifically targeting African American patrons. His $500 million Magic Johnson Enterprises includes shopping plazas in Las Vegas and Los Angeles; part-ownership of movie theaters in Atlanta, Cleveland, Houston, Los Angeles and New York City; and part ownership in twenty-six Starbucks stores, with commitments to build nineteen others. True to his "do what can't be done" ethos, Johnson is the only outsider to enter into a financial partnership with Starbucks. "We always said no," Starbucks Corporation CEO Howard Schultz told *Sports Illustrated*. "But Magic had a vision, an idea, a genuine commitment to



EXHIBIT A
38

**Career Statistics**

| Yr | Team | GP | Pts | FG% | 3P% | FT% | Reb | Ast | STL | BLK | TO | PF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1979-80 | LA | 77 | 1387 | .530 | .226 | .810 | 596 | 563 | 187 | 41 | 305 | 218 |
| 1980-81 | LA | 37 | 798 | .532 | .176 | .760 | 320 | 317 | 127 | 27 | 143 | 100 |
| 1981-82 | LA | 78 | 1447 | .537 | .207 | .760 | 751 | 743 | 208 | 34 | 286 | 223 |
| 1982-83 | LA | 79 | 1326 | .548 | .000 | .800 | 683 | 829 | 176 | 47 | 301 | 200 |
| 1983-84 | LA | 67 | 1178 | .565 | .207 | .810 | 491 | 875 | 150 | 49 | 306 | 169 |
| 1984-85 | LA | 77 | 1406 | .561 | .189 | .843 | 476 | 968 | 113 | 25 | 305 | 155 |
| 1985-86 | LA | 72 | 1354 | .526 | .233 | .871 | 426 | 907 | 113 | 16 | 273 | 133 |
| 1986-87 | LA | 80 | 1909 | .522 | .205 | .848 | 504 | 977 | 138 | 36 | 300 | 168 |
| 1987-88 | LA | 72 | 1408 | .492 | .196 | .853 | 449 | 858 | 114 | 13 | 269 | 147 |
| 1988-89 | LA | 77 | 1730 | .509 | .314 | .911 | 607 | 988 | 138 | 22 | 312 | 172 |
| 1989-90 | LA | 79 | 1765 | .480 | .384 | .890 | 522 | 907 | 130 | 34 | 289 | 167 |
| 1990-91 | LA | 79 | 1531 | .477 | .320 | .906 | 551 | 989 | 102 | 17 | 314 | 150 |
| 1995-96 | LA | 32 | 468 | .466 | .379 | .856 | 183 | 220 | 26 | 13 | 103 | 48 |
| TOTAL | | 906 | 17707 | .520 | – | .848 | 6559 | 10141 | 1724 | 374 | 3506 | 2040 |

LA: Los Angeles Lakers.

create a business in an underserved community that was both profitable and benevolent." Johnson attributes his business success to the same driven personality that allowed him to dazzle on-court in the face of his high school basketball hecklers. "I got turned on when people said it was all over for me," he told *Sports Illustrated*. "I wanted to show them I wasn't going away." Johnson's short-lived 1998 talk show met with less success and was cancelled after two months.

Johnson has not left basketball completely. In addition to a brief return to the Lakers in 1996 and a glorious stint on the gold medal-winning U.S. Olympic "Dream Team" in 1992, he formed and coached a traveling exhibition team, "Magic Johnson All-Stars" and coached his old team, the Lakers, for fifteen games during the 1993-94 season, after which he decided to move up in the ranks and become an executive with and minority owner of the team. For all he contributed to the game, he was named to the Naismith Memorial Basketball Hall of Fame in 2002. A decade after his whole life took such an unforeseeable shift, Johnson reflected on all he had achieved, and all he still would like to, with the trademark optimism that has been key to both his on- and off-court success and popularity. "Everything is for a reason; I don't go back," he told *Sports Illustrated*. "HIV happened for a reason. I'm a person who moves forward, and I continue to do it."

## CONTACT INFORMATION

Address: c/o Johnson Development Company, 9100 Wilshire Blvd., Suite 710 East, Beverly Hills, CA 90212.

## SELECTED WRITINGS BY JOHNSON:

*Magic*, Viking Press, 1983.
(With William Novak) *My Life*, Random House, 1992.

## FURTHER INFORMATION

### Books

Johnson, Earvin. *Magic*. New York: Viking Press, 1983

Johnson, Earvin, and William Novak. *My Life*. New York: Random House, 1992

*Sports Stars*, Series 1-4, U•X•L, 1994-98.

### Periodicals

"Jackie Robinson Foundation Honors Magic Johnson, Gordon Parks, Hank Greenberg." *Jet* (April 8, 2002): 49-50.

"Magic Johnson, Globetrotters Inducted into Basketball Hall of Fame." *Jet* (June 24, 2002): 48-49.

"Magic Johnson Retires Again Saying It's On His Own Terms This Time." *Jet* (June 3, 1996): 46.

"Magic Johnson Talks About Living 10 Years with AIDS Virus, Juggling Family and Business, the L.A. Lakers." *Jet* (January 7, 2002): 54.

McCallum, Jack. "Life After Death: Magic Johnson Has Pulled Off One of the Great Comebacks in Sports History, and It's Got Nothing to Do with Basketball." *Sports Illustrated* (August 20, 2001): 70.

*Sketch by Kristin Palm*

# Michael Johnson
## 1967-

**American track and field athlete**

# EXHIBIT B

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,121,386

United States Patent and Trademark Office

Registered Dec. 16, 1997

## TRADEMARK
PRINCIPAL REGISTER

## MAGIC JOHNSON

JUNE BUG ENTERPRISES, INC. (CALIFORNIA CORPORATION)
10100 SANTA MONICA BOULEVARD, SUITE 460
LOS ANGELES, CA 90067

FOR: CLOTHING, NAMELY, T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).
FIRST USE 5-31-1988; IN COMMERCE 5-31-1988.

OWNER OF U.S. REG. NO. 1,555,839.

THE NICK NAME IN THE MARK IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SER. NO. 75-196,741, FILED 11-12-1996.

CARYN HINES, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 2,967,088**

**United States Patent and Trademark Office** **Registered July 12, 2005**

**TRADEMARK**
**PRINCIPAL REGISTER**

# EARVIN "MAGIC" JOHNSON

JUNE BUG ENTERPRISES, INC. (CALIFORNIA CORPORATION)
9100 WILSHIRE BOULEVARD, SUITE 1000W
BEVERLY HILLS, CA 90212

FOR: CLOTHING, NAMELY, T-SHIRTS AND JERSEYS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-31-1988; IN COMMERCE 5-31-1988.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 1,555,839.

THE NAME "EARVIN 'MAGIC' JOHNSON" IDENTIFIES A LIVING PERSON WHOSE CONSENT IS OF RECORD.

SER. NO. 78-428,999, FILED 6-2-2004.

STEPHANIE DAVIS, EXAMINING ATTORNEY

**Int. Cl.: 43**

**Prior U.S. Cls.: 100 and 101**

**Reg. No. 3,226,680**

**Registered Apr. 10, 2007**

# United States Patent and Trademark Office

## SERVICE MARK
### PRINCIPAL REGISTER

# MAGIC JOHNSON'S

JUNE BUG ENTERPRISES, INC. (CALIFORNIA CORPORATION)
9100 WILSHIRE BOULEVARD, SUITE 1000W
BEVERLY HILLS, CA 90212

FOR: RESTAURANT AND BAR SERVICES, TAKE-OUT RESTAURANT SERVICES, AND CATERING SERVICES, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 11-0-2001; IN COMMERCE 11-0-2001.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,555,839, 2,121,386 AND OTHERS.

THE NAME "MAGIC JOHNSON" IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SER. NO. 78-513,459, FILED 11-8-2004.

SONYA STEPHENS, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**Reg. No. 3,290,429**

**United States Patent and Trademark Office** **Registered Sep. 11, 2007**

## TRADEMARK
## PRINCIPAL REGISTER

# EARVIN "MAGIC" JOHNSON

JUNE BUG ENTERPRISES, INC. (CALIFORNIA CORPORATION)
9100 WILSHIRE BOULEVARD, SUITE 1000W
BEVERLY HILLS, CA 90212

FOR: CLOTHING, NAMELY, MEN'S BUSINESS SUITS, TUXEDOS, BLAZERS, DRESS PANTS, TIES, DRESS SHIRTS, BELTS, VESTS, CUMMERBUNDS; AND DRESS SHOES , IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-0-2005; IN COMMERCE 8-0-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,555,839, 2,967,096 AND OTHERS.

THE NAME EARVIN MAGIC JOHNSON IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SER. NO. 78-720,924, FILED 9-26-2005.

NORA BUCHANAN WILL, EXAMINING ATTORNEY

**Int. Cl.: 41**

**Prior U.S. Cls.: 100, 101, and 107**

**Reg. No. 3,237,937**
**Registered May 1, 2007**

# United States Patent and Trademark Office

## SERVICE MARK
## PRINCIPAL REGISTER

# MAGIC JOHNSON

JUNE BUG ENTERPRISES, INC. (CALIFORNIA CORPORATION)
SUITE 1000W
9100 WILSHIRE BOULEVARD
BEVERLY HILLS, CA 90212

FOR: ENTERTAINMENT SERVICES IN THE NATURE OF LIVE PERFORMANCES BY AN ANNOUNCER IN THE FIELD OF SPORTS COMMENTARY; PERSONAL APPEARANCES AND SPEECHES BY A SPORTS CELEBRITY; ENTERTAINMENT IN THE NATURE OF BASKETBALL GAMES AND PROFESSIONAL CELEBRITY AND AMATEUR GOLF TOURNAMENT COMPETITIONS; ENTERTAINMENT IN THE NATURE OF LIVE COMEDY CONCERTS; HEALTH CLUB SERVICES; MOVIE THEATRE SERVICES; MOTION PICTURE FILM AND TELEVISION PRODUCTION SERVICES; AWARDS PROGRAM FOR CORPORATIONS AND INDIVIDUALS WHO HAVE MADE SIGNIFICANT CHARITABLE CONTRIBUTIONS; AND EDUCATIONAL SERVICES, NAMELY, ORGANIZING AND CONDUCTING SEMINARS, WORKSHOPS, CONFERENCES, SYMPOSIUMS, COURSES AND CLASSES IN THE FIELDS OF EDUCATION, STUDY SKILLS, COLLEGE COUNSELING, SCHOLARSHIP GUIDANCE, CAREER COUNSELING, COLLEGE FINANCING, COMPUTERS, COMPUTER SOFTWARE AND COMPUTER TRAINING, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 3-31-1994; IN COMMERCE 1-12-1995.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,555,839 AND 2,121,386.

THE NICKNAME "EARVIN 'MAGIC' JOHNSON" IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SN 78-393,262, FILED 3-30-2004.

STEPHANIE DAVIS, EXAMINING ATTORNEY

**Int. Cl.: 44**

**Prior U.S. Cls.: 100 and 101**

**Reg. No. 3,678,985**

**United States Patent and Trademark Office** **Registered Sep. 8, 2009**

**SERVICE MARK**
**PRINCIPAL REGISTER**

# MAGIC JOHNSON

JUNE BUG ENTERPRISES, INC. (CALIFORNIA CORPORATION)
9100 WILSHIRE BOULEVARD, SUITE 1000W
BEVERLY HILLS, CA 90212

FOR: MEDICAL SERVICES; HEALTH CARE SERVICES; PROVIDING HEALTH INFORMATION; MEDICAL COUNSELING; MEDICAL TESTING SERVICES, NAMELY, BLOOD AND BODILY FLUID TESTING SERVICES IN A DIAGNOSTIC LABORATORY; MENTAL HEALTH COUNSELING AND SUPPORT SERVICES, IN CLASS 44 (U.S. CLS. 100 AND 101).

FIRST USE 11-0-2000; IN COMMERCE 11-0-2000.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,555,839, 2,121,386 AND OTHERS.

THE NAME "MAGIC JOHNSON" IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SER. NO. 77-629,571, FILED 12-9-2008.

MARLENE BELL, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# MAGIC JOHNSON

**Reg. No. 3,714,330** JUNE BUG ENTERPRISES, INC. (CALIFORNIA CORPORATION)
Registered Nov. 24, 2009 9100 WILSHIRE BOULEVARD, SUITE 1000W
BEVERLY HILLS, CA 90212

**Int. Cl.: 16** FOR: BOOKS IN THE FIELDS OF CAREER COUNSELING, BUSINESS, BUSINESS MANAGEMENT, BUSINESS PLANNING AND DEVELOPMENT, BUSINESS FINANCING AND INVESTMENT, AND LIFE SKILLS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

TRADEMARK
PRINCIPAL REGISTER

FIRST USE 11-0-2008; IN COMMERCE 11-0-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,555,839, 3,306,681 AND OTHERS.

SER. NO. 77-629,527, FILED 12-9-2008.

MARLENE BELL, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# MAGIC JOHNSON

**Reg. No. 3,870,812**

**Registered Nov. 2, 2010**

**Int. Cl.: 43**

**SERVICE MARK**

**PRINCIPAL REGISTER**

JUNE BUG ENTERPRISES, INC. (CALIFORNIA CORPORATION)
9100 WILSHIRE BOULEVARD, SUITE 1000W
BEVERLY HILLS, CA 90212

FOR: RESTAURANT SERVICES, SANDWICH SHOP SERVICES, TAKE-OUT FOOD SERVICES, PREPARATION OF FOOD AND BEVERAGES, SERVING OF FOOD AND DRINK/BEVERAGES , IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 3-11-2009; IN COMMERCE 3-11-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,555,839, 3,226,680, AND OTHERS.

THE NAME IN THE MARK IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SN 77-209,521, FILED 6-19-2007.

DAYNA BROWNE, EXAMINING ATTORNEY

David J. Kappos

Director of the United States Patent and Trademark Office

EXHIBIT B

# EXHIBIT C



EXHIBIT C


EARVIN"MAGIC"JOHNSON
Mod. VALENTINOK/1314 Size 44S
45%Polyester 55%Viscose
Lining. 50%Viscose 50%Bemberg
R/N: 100900100
STYLED IN ITALY
PROFESSIONAL DRY CLEAN ONLY
MADE IN CHINA

EXHIBIT C


Super 120's
Biella-Italy
EARVIN MAGIC JOHNSON
Signature
WIDE LEG PANT

EXHIBIT C


EARVIN MAGIC JOHNSON
Model: NEW VALENTINOK
Article: AF028/F3
Size: 40/34S
Client: 7978

EXHIBIT C




EXHIBIT C

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Margaret M. Morrow and the assigned discovery Magistrate Judge is Patrick J. Walsh.

The case number on all documents filed with the Court should read as follows:

**CV11- 1506 MMM (PJWx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[X] **Western Division**
**312 N. Spring St., Rm. G-8**
**Los Angeles, CA 90012**

[ ] **Southern Division**
**411 West Fourth St., Rm. 1-053**
**Santa Ana, CA 92701-4516**

[ ] **Eastern Division**
**3470 Twelfth St., Rm. 134**
**Riverside, CA 92501**

Failure to file at the proper location will result in your documents being returned to you.

Name & Address:
Michael S. Elkind (SB 61,038)
FULWIDER PATTON LLP
6060 CENTER DRIVE, 10th FLOOR
LOS ANGELES, CA 90045
TEL. (310) 824 5555 FAX. (310) 824 9696

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUNE BUG ENTERPRISES, INC., a California corporation<br>PLAINTIFF(S)<br>v. | CASE NUMBER<br>CV11-1506 MMM (PJWx) |
| ZAKARYAH, INC. a California corporation<br>JOHN BANAFSHEHA, an individual<br>DOES 1-10, inclusive<br>DEFENDANT(S). | **SUMMONS** |

TO: DEFENDANT(S): ____________________

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ ____________ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Michael S. Elkind, Esq., whose address is FULWIDER PATTON LLP, 6060 Center Drive, 10th Floor, Los Angeles, CA 90045. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: 2-18-11

By: TANYA DURANT
Deputy Clerk

SEAL OF THE U.S. DISTRICT COURT CENTRAL DIST. OF CALIFORNIA
1188

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| | |
|---|---|
| I (a) PLAINTIFFS (Check box if you are representing yourself ☐)<br><br>JUNE BUG ENTERPRISES, INC. a California corporation. | DEFENDANTS<br>ZAKARYAH, INC., a California corporation;<br>JOHN BANAFSHEHA, an individual<br>DOES 1-10 |
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>FULWIDER PATTON LLP<br>6060 Center Drive, 10th Floor<br>Los Angeles, CA 90045 // Tel. (310) 824 5555 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES - For Diversity Cases Only** (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No ☑ **MONEY DEMANDED IN COMPLAINT: $** Damages and Enhanced Damages

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. §§ 1114, 1125(a), 1125(c), and state law, right of publicity violation and unfair competition. Willful federal trademark infringement and related violations.

**VII. NATURE OF SUIT** (Place an X in one box only.)

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus-Alien Detainee
☐ 465 Other Immigration Actions

**TORTS — PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities - Employment
☐ 446 American with Disabilities - Other
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/ Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE / PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety /Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☑ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

**FOR OFFICE USE ONLY:** Case Number: CV11-1506

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): ______

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): ______

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles county. | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles county as to each defendant. | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles county as to each claim. | |

*** Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): Michael S. Elliott **Date** February 18, 2011

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |