1 | Michael S. Elkind (State Bar No. 61038)
   melkind@fulpat.com
2 | Stephen J. Strauss (State Bar No. 110,030)
   sstrauss@fulpat.com
3 | David J. Pitman (State Bar No. 172,944)
   dpitman@fulpat.com
4 | FULWIDER PATTON LLP
Howard Hughes Center
5 | 6060 Center Drive, Tenth Floor
Los Angeles, California 90045
6 | Telephone: (310) 824-5555
Facsimile: (310) 824-9696
7 |
Attorneys for Plaintiff
8 | June Bug Enterprises, Inc.

9

10 | **UNITED STATES DISTRICT COURT**

11 | **CENTRAL DISTRICT OF CALIFORNIA**

12

13 | JUNE BUG ENTERPRISES, INC., a
California corporation,

14

15 |     Plaintiff,

16 |    v.

17 | ZAKARYAH, INC., a California
corporation; JOHN BANAFSHEHA, an
individual; and DOES 1-10, inclusive,

18

19 |     Defendants.

Case No.  CV11-1506 MMM (PJWx)

**JOINT STIPULATION  RE**

**AGREED ORDER AND
PERMANENT INJUNCTION**

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER FOR JUDGMENT
 AND PERMANENT INJUNCTION
Civil Action No.  CV11-1506 MMM (PJWx)

**JOINT STIPULATION RE AGREED ORDER AND PERMANENT INJUNCTION**

WHEREAS THE NAMED PARTIES, plaintiff JUNE BUG ENTERPRISES, INC. ("JUNE BUG"), and defendants ZAKARYAH, INC. ("ZAKARYAH") and JOHN BANAFSHEHA ("MR. BANAFSHEHA") (together, "DEFENDANTS"),   have reached an agreement as to the issues in dispute in this case, and whereas the named parties wish to settle the issues in dispute by agreement:

IT IS HEREBY STIPULATED by and between the named parties, through their respective counsel of record, that pursuant to the agreement of the named parties, the following matters between such parties are agreed, and the following obligations between the parties will be honored:

1.     The matters, including any and all findings of fact, conclusions of law and statements of rights, embodied in the Proposed Order and Permanent Injunction attached hereto as Exhibit 1.

2.     The obligations embodied in the Proposed Order and Permanent Injunction attached hereto as Exhibit 1.

3.     That the Proposed Order and Permanent Injunction attached hereto as Exhibit 1 be entered by the Court.

Dated: June 20, 2011

FULWIDER PATTON LLP

By: _____
Michael S. Elkind
Stephen J. Strauss
David J. Pitman
Attorneys for Plaintiff
JUNE BUG ENTERPRISES, INC.

Dated: June 21, 2011

LAW OFFICES OF RODNEY T. LEWIN

By: _____
Rodney T. Lewin
Attorneys for Defendants
ZAKARYAH, INC. and
JOHN BANASHEHA.

463031.

[PROPOSED] ORDER FOR JUDGMENT
AND PERMANENT INJUNCTION
Civil Action No.  CV11-1506 MMM (PJWx)

1

1   Michael S. Elkind (State Bar No. 61038)
      melkind@fulpat.com
2   Stephen J. Strauss (State Bar No. 110,030)
      sstrauss@fulpat.com
3   David J. Pitman (State Bar No. 172,944)
      dpitman@fulpat.com
4   FULWIDER PATTON LLP
    Howard Hughes Center
5   6060 Center Drive, Tenth Floor
    Los Angeles, California 90045
6   Telephone: (310) 824-5555
    Facsimile: (310) 824-9696
7
    Attorneys for Plaintiff
8   June Bug Enterprises, Inc.

9

10              UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12

13  JUNE BUG ENTERPRISES, INC., a        Case No.  CV11-1506 MMM (PJWx)
    California corporation,
14
                Plaintiff,
15                                        **[PROPOSED]**
         v.
16                                        **ORDER AND PERMANENT**
    ZAKARYAH, INC.,  a California         **INJUNCTION**
17  corporation; JOHN BANAFSHEHA, an
    individual; and DOES 1-10, inclusive,
18
                Defendants.
19

20

21

22

23

24

25

26

27

28                              **Exhibit 1**

## [PROPOSED] ORDER AND PERMANENT INJUNCTION

THE COURT HAVING CONSIDERED the named parties' joint stipulation for entry of this agreed Order and Permanent Injunction, in view of the parties to this case having reached a compromise settlement of all claims, hereby APPROVES the stipulation and enters the following Order and Permanent Injunction against defendants ZAKARYAH, INC., a California corporation having a principal office at 5901 S. Eastern Avenue, Commerce, California 90040 ("ZAKARYAH"), and JOHN BANAFSHEHA ("MR. BANAFSHEHA"), an individual residing in Beverly Hills, California (collectively, "DEFENDANTS").

The Court finds that Plaintiff JUNE BUG ENTERPRISES, INC. ("PLAINTIFF" or "JUNE BUG") owns by assignment from Earvin "Magic" Johnson, Jr. ("Mr. Johnson"), trademark and service mark rights, and rights of publicity, including, but not limited to, the following:

(1)     Trademark and service mark rights relating to the marks **MAGIC JOHNSON®, EARVIN "MAGIC" JOHNSON®, and MAGIC JOHNSON'S®** (the "EMJ Marks"), including U.S. Trademark and Service Mark Registrations covering the EMJ Marks, for, among other goods and services, items of clothing, charitable fundraising activity services, entertainment and education activity services, restaurant activity services, and books in the fields of business, career counseling and life skills, such registrations including,

(a)     United States Trademark Registration No. 3,290,429, issued on September 11, 2007,  for the trademark **EARVIN "MAGIC" JOHNSON®**, for clothing, namely, men's business suits, tuxedos, blazers, dress pants, ties, dress shirts, belts, vests, cummerbunds; and dress shoes, and

(b)     United States Trademark Registration No. 2,967,088, issued on July 12, 2005, for the trademark **EARVIN "MAGIC" JOHNSON®**, for clothing, namely t-shirts and jerseys; and

(2)     Publicity rights associated with Mr. Johnson, and his name, likeness

1  and persona, including under Calif.Civ.Code § 3444.

2  1.  **IT IS THEREFORE ORDERED** that, in the future, DEFENDANTS,

3  and each of them, their agents, employees, attorneys, officers, servants, and all

4  persons in active concert or participation with any of them, are permanently

5  enjoined from, and, therefore, SHALL NOT, without permission by PLAINTIFF:

6  a.  Use the mark and name **EARVIN "MAGIC" JOHNSON**® or

7  **MAGIC JOHNSON®,** or the initials **EMJ,** for or in connection with items of

8  men's clothing, including business suits and accessories for such suits, or any other

9  goods or services, or use any other words, letters or designs that are confusingly

10 similar to or in any way simulate such mark and name, or initials, on such specific

11 goods or on other goods or services;

12 b.  Carry out any other acts that are likely to lead purchasers and

13 prospective purchasers to believe that any product or service of DEFENDANTS is

14 associated with the mark or name **EARVIN "MAGIC" JOHNSON**® or **MAGIC**

15 **JOHNSON®,**  or the initials **EMJ,**  or originates with, is sponsored by, or approved

16 by PLAINTIFF and/or Mr. Johnson;

17 c.  Use Mr. Johnson's publicity rights (including, without limitation,

18 name, photograph, image, likeness, identity, persona, voice, sound-alike voice or

19 signature);

20 d.  In any way infringe PLAINTIFF'S rights in the EMJ Marks or

21 violate Mr. Johnson's publicity rights.

22 2.  **IT IS THEREFORE FURTHER ORDERED** that DEFENDANTS,

23 and each of them, SHALL NOT, without permission by PLAINTIFF, own directly

24 or indirectly, or otherwise control directly or indirectly, any entity, person, or

25 business that violates the prohibitions set forth above in Paragraph 1.

26 3.  **IT IS THEREFORE FURTHER ORDERED** that the DEFENDANTS

27 shall make the following payments to PLAINTIFF that, with an initial payment of $167,000

28 already having been made, total $500,000:  $167,000, by September 6, 2011; and $166,000

1  by December 5, 2011.  The responsibility for those payments shall be joint and several on the

2  part of the DEFENDANTS.  No other payments, including no award of costs, fees and

3  expenses of this litigation, are made a part of this Order.

4      4.    **IT IS THEREFORE FURTHER ORDERED** that the Court retains

5  jurisdiction for the purpose of enforcing this order and injunction.

6

7      IT IS SO ORDERED

8

9      DATED: _____     _____

10                                 The Honorable Margaret M. Morrow

                                   United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28