UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 11-1506-MMM (PJWx) | Date | October 3, 2012 |
| Title | June Bug Enterprises, Inc. v. Zakaryah, Inc., et al. | | |

| | |
|---|---|
| Present: The Honorable | **PATRICK J. WALSH** |

| | |
|---|---|
| Celia Anglon-Reed | CS 10/03/2012 |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Thomas S. Morning | None |

**Proceedings:** Judgment Debtor Examination

Case called. Counsel for Judgment Creditor present. Judgment Debtor sworn and answers questions of the Judgment Creditor. Judgment Debtor Examination held off the record.

: 05

Initials of Preparer ca